Exhibit "A"

AO 245B (Rev 02/18)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) FILED | |
| TROY WRAGG | AUG 2 1 2019 | Case Number:  DPAE2:18CR000465-001 |
| | | USM Number:  67165-019 |
| | KATE BARKMAN, Clerk | |
| | By _____ Dep. Clerk | JOSEPH D. MANCANO, ESQ. |
| | | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 December 7, 2018

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343 | Wire Fraud | 12/30/2017 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution the defendant must notify the court and United States attorney of material changes in economic circumstances.

cc:  R. LIVERMORE , AUSA
     J. MANCANO, ESQ., Defense Attorney
     R. KASARDA, U.S. Probation
     J. GOMEZ, U.S. PreTrial
     U.S. Marshal (2)
     FLU

8/20/2019
Date of Imposition of Judgment

*Joel Slomsky*
Signature of Judge

Joel H. Slomsky, USDJ
Name and Title of Judge

*August 20, 2019*
Date

AO 245B (Rev 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:18CR000465-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

120 Months on Count 1.
This term shall run consecutively to the Sentence imposed in 15-CR-398-01.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Residential Drug and Alcohol Treatment Program.
That the defendant participate in any available mental health programs.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☐ before 2 p.m on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev 02/18)   Judgment in a Criminal Case
Sheet 3   Supervised Release

| | Judgment Page | 3 | of | 7 |

DEFENDANT:  TROY WRAGG
CASE NUMBER:  DPAE2:18CR000465-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

3 Years on Count 1.
This term is to run concurrently with the Sentence imposed in 15-CR-398-01.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse  *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U S C  §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev 02/18) Judgment in a Criminal Case
Sheet 3A - Supervised Release

| | | | Judgment- Page | 4 | of | 7 |

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:18CR000465-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev 02/18)  Judgment in a Criminal Case
Sheet 3B  Supervised Release

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:18CR000465-001

Judgment—Page __5__ of __7__

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.

The defendant shall refrain from the use of alcohol and shall submit to urinalysis or other forms of testing to ensure compliance. It is further Ordered that the defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged.

The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide monthly statements of his income.

The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:18CR000465-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ | $ 104,750.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Debra Finley | $104,750.00 | $104,750.00 | 100% |
| 287 Westbrook Dr. | | | |
| Clifton Heights, PA 19018 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTALS | $ 104,750.00 | $ 104,750.00 |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐  fine   ☑  restitution.

☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev  02/18)   Judgment in a Criminal Case
　　　　Sheet 6 - - Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:  TROY WRAGG
CASE NUMBER:  DPAE2:18CR000465-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $ __100.00__ due immediately, balance due

      ☐   not later than _____ , or
      ☑   in accordance with   ☐  C,   ☐  D,   ☐  E, or   ☐  F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☑   Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __150.00__ over a period of __60 month__ (e.g., months or years), to commence __30 days__ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s)

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Exhibit "B"

AO 245B (Rev 02/18)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| TROY WRAGG | ) | Case Number:  DPAE2:15CR000398-001 |
| | ) | USM Number:  67165-019 |
| | ) | JOSEPH D. MANCANO, ESQ. |
| | ) | Defendant's Attorney |

**FILED**

AUG 21 2019

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## THE DEFENDANT:

☑ pleaded guilty to count(s)     1 to 10 on March 2, 2017

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 | Conspiracy to Commit Wire Fraud | 4/30/2010 | 1 |
| 18:1343 ; 18:2 | Wire Fraud and Aiding and Abetting | 4/30/2010 | 2 - 8 |
| 18:371 | Conspiracy to Engage in Securities Fraud | 4/30/2010 | 9 |

The defendant is sentenced as provided in pages 2 through _____ 8 _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____     ☐ is     ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

cc:  R. LIVERMORE , AUSA
J. MANCANO, ESQ., Defense Attorney
R. KASARDA, U.S. Probation
J. GOMEZ, U.S. PreTrial
U.S. Marshal (2)
FLU

8/20/2019
_____
Date of Imposition of Judgment

_Joel Slomsky_
_____
Signature of Judge

Joel H. Slomsky, USDJ
_____
Name and Title of Judge

_August 20, 2019_
_____
Date

AO 245B (Rev 02/18)    Judgment in a Criminal Case
Sheet 1A

| | Judgment Page | 2 | of | 8 |

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15:78J(b); 17 C.F.R. 240.10-b-5; 18:2 | Securities Fraud and Aiding and Abetting | 4/30/2010 | 10 |

AO 245B (Rev 02/18) Judgment in Criminal Case
Sheet 2 – · Imprisonment

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

Judgment — Page __3__ of ___8___

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

60 MONTHS on each of Counts 1 and 9; to run concurrently with each other.
144 MONTHS on Counts 2 - 8 and 10; to run concurrently with each other and Counts 1 and 9.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Residential Drug and Alcohol Treatment Program.
That the defendant participate in any available mental health programs.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☐ before 2 p m on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev 02/18)   Judgment in a Criminal Case
      Sheet 3 -- Supervised Release

DEFENDANT:  TROY WRAGG
CASE NUMBER:  DPAE2:15CR000398-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

  5 YEARS  to be served as follows:

  Counts 1, 9 and 10; 3 years on each Count to run concurrently with each other.
  Counts 2-8; 5 Years; to run concurrently with each other and concurrently with the terms on Counts 1, 9 and 10.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you
     pose a low risk of future substance abuse  *(check if applicable)*
4   ☐ You must make restitution in accordance with 18 U S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment Page | 5 | of | 8 |

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court and the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ ____ ___ ___ ___        Date _____

AO 245B (Rev 02/18)  Judgment in a Criminal Case
            Sheet 3B  · Supervised Release

Judgment—Page   6   of   8

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.

The defendant shall refrain from the use of alcohol and shall submit to urinalysis or other forms of testing to ensure compliance. It is further Ordered that the defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged.

The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide monthly statements of his income.

The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.

AO 245B (Rev 02/18) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | | Judgment — Page | 7 | of | 8 |

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 1,000.00 | $ | $ | $ 54,531,488.57 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be enter
after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise
the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be pa
before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE ATTACHMENT | $54,531,488.57 | $54,531,488.57 | 100% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTALS** | $ 54,531,488.57 | $ 54,531,488.57 |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject
to penalties for delinquency and default, pursuant to 18 U S C § 3612(g)

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine   ☑ restitution.

    ☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub L. No 114-22
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on o
after September 13, 1994, but before April 23, 1996.

| CLAIM# | FIRST NAME | LAST NAME | TOTAL LOSS | RESTITUTION ORDERED |
|---|---|---|---|---|
| 299 | TIM | ACHENBACH | 156,000.41 | 156,000.41 |
| 358 | MICHAEL & KAREN | ACHENBACH | 91,228.31 | 91,228.31 |
| 65 | Patrick | Adams | 45,614.16 | 45,614.16 |
| 402 | John | Adams | 34,474.91 | 34,474.91 |
| 531 | Hem Lat | Agrawal | 49,331.26 | 49,331.26 |
| 532 | Om | Agrawal | 1,524,241.74 | 1,524,241.74 |
| 533 | Anjali | Agrawal | 60,126.64 | 60,126.64 |
| 534 | Rishi | Agrawal | 13,980.05 | 13,980.05 |
| 134 | Linda | Ainsworth | 4,196.50 | 4,196.50 |
| 438 | Judy | Anderson | 8,575.46 | 8,575.46 |
| 187 | George | Anderson, III | 68,421.23 | 68,421.23 |
| 140 | Donald | Andrews | 9,122.83 | 9,122.83 |
| 237 | Bruce J | Andrews | 16,009.78 | 16,009.78 |
| 255 | Labrina | Apuya | 21,898.43 | 21,898.43 |
| 315 | Labrina | Apuya | 18,245.66 | 18,245.66 |
| 250 | Doug | Arendell | 28,969.02 | 28,969.02 |
| 251 | Doug | Arendell | 35,635.97 | 35,635.97 |
| 316 | Joanne | Arendell | 103,956.63 | 103,956.63 |
| 435 | Kristina | Azbell | 149,008.80 | 149,008.80 |
| 512 | Kristina | Azbell | 22,451.48 | 22,451.48 |
| 103 | Basil | Badwan | 172,294.52 | 172,294.52 |
| 203 | John C | Baker | 36,491.33 | 36,491.33 |
| 48 | Larry | Barta | 22,807.08 | 22,807.08 |
| 273 | Inge | Barthe | 22,807.08 | 22,807.08 |
| 352 | Paul & Karin | Bartholomew | 81,010.74 | 81,010.74 |
|  | Michael | Bartlett | 43,600 | 43,600 |
| 373 | Michael | Baudendistel | 50,859.78 | 50,859.78 |
| 342 | Randolph | Baus | 28,218.74 | 28,218.74 |
| 343 | Randy | Baus | 97,205.17 | 97,205.17 |
| 394 | Laura | Beard | 42,877.31 | 42,877.31 |
| 36 | Michael | Beck | 15,805.31 | 15,805.31 |
| 56 | David & Diane | Beck | 63,859.82 | 63,859.82 |
| 446 | Dave | Beckmann | 16,550.18 | 16,550.18 |
| 354 | GEORGE | BEDDINGFIELD | 91,228.31 | 91,228.31 |
| 109 | David & Patricia | Belletete | 41,965.02 | 41,965.02 |
| 523 | David & Patricia | Belletete | 23,035.15 | 23,035.15 |
|  | Joel | Benavides | $25,000 | $25,000 |
| 31 | Roger J | Benson | 20,982.51 | 20,982.51 |
| 150 | Matthew J | Bernhardt | 44,852.13 | 44,852.13 |
|  | Shirley | Berry | $20,000 | $20,000 |
| 413 | Linza | Bethea | 92,393.33 | 92,393.33 |
|  | Margaret | Bethea | $31,000 | $31,000 |
| 313 | Arthur J. | Biggio | 94,019.90 | 94,019.90 |
| 314 | Arthur J | Biggio | 122,639.87 | 122,639.87 |
| 412 | John A | Birmingham | 35,931.89 | 35,931.89 |
|  | Justin | Blake | $10,000 | $10,000 |
| 484 | Susan | Blaylock | 113,625.73 | 113,625.73 |
| 486 | Susan | Blaylock | 50,569.82 | 50,569.82 |
| 168 | Robert | Boller | 245,851.35 | 245,851.35 |
| 111 | Gabriel | Boloca | 74,788.40 | 74,788.40 |
| 189 | Gabriel | Boloca | 26,696.08 | 26,696 08 |
| 417 | Charles R | Bonenberger | 16,170.22 | 16,170.22 |
| 223 | Myron | Booth | 3,967.80 | 3,967.80 |
| 497 | BRUCE & ALISSA | BORRETT | 22,807.08 | 22,807.08 |

| | | | | |
|---|---|---|---|---|
| 194 | John M | Brancucci | 7,239.39 | 7,239.39 |
| 39 | Catherine D | Braunlich | 9,122.83 | 9,122.83 |
| 192 | Robert | Brecke | 25,726.38 | 25,726.38 |
| 238 | Rod | Brecke | 128,804.27 | 128,804.27 |
| 416 | Valentin | Bromberg | 109,813.31 | 109,813.31 |
| 80 | Tom | Brown | 3,706.15 | 3,706.15 |
| | Kristin | Brown | $16,000 | $16,000 |
| 468 | Janice M | Browne | 99,549.11 | 99,549.11 |
| 444 | Dana S. & Kevin E. | Bryan | 228,070.78 | 228,070.78 |
| | Susan | Bryan | 235,000.00 | 235,000.00 |
| 1 | Marilyn | Buckler | 13,775.48 | 13,775.48 |
| 2 | James M | Buckler | 55,403.68 | 55,403.68 |
| 6 | Marilyn K | Buckler | 90,658.14 | 90,658.14 |
| 7 | James M | Buckler | 234,086.92 | 234,086.92 |
| 337 | James M | Buckler | 18,696.33 | 18,696.33 |
| 366 | Nancy & Jon | Burianek | 79,367.92 | 79,367.92 |
| | Jason | Burianek | $40,000 | $40,000 |
| 117 | Brad J | Bush | 22,807.08 | 22,807.08 |
| 431 | Patricia R | Butcher | 22,807.08 | 22,807.08 |
| 432 | Frank S | Butcher | 109,473.98 | 109,473.98 |
| 156 | James | Carley | 85,632.39 | 85,632.39 |
| 14 | Charles | Carty | 36,491.33 | 36,491.33 |
| 45 | Marlene | Carty | 82,683.29 | 82,683.29 |
| 46 | James Chris | Carty | 11,403.08 | 11,403.08 |
| 47 | James Chris | Carty | 14,825.70 | 14,825.70 |
| 120 | Diana | Caswell | 17,833.26 | 17,833.26 |
| 28 | Deborah | Cavallaro | 17,394.17 | 17,394.17 |
| 521 | Anthony | Chau | 44,245.73 | 44,245.73 |
| 91 | Timothy J | Chavez | 15,724.02 | 15,724.02 |
| 143 | Joe | Chen | 7,237.14 | 7,237.14 |
| 144 | Joe | Chen | 14,542.23 | 14,542.23 |
| 381 | CHRIS WEI | CHEN | 34,603.13 | 34,603.13 |
| 430 | Larry | Chojnowski | 64,065.58 | 64,065.58 |
| 30 | Joseph | Coenen | 63,940.20 | 63,940.20 |
| 205 | Terri | Coltin | 42,877.31 | 42,877.31 |
| 433 | Verda and Byron | Comin | 7,397.24 | 7,397.24 |
| 17 | Thomas & Christine | Conner | 198,081.71 | 198,081.71 |
| 18 | Tom | Conner | 73,739.85 | 73,739.85 |
| 159 | Pamela | Conners | 103,766.91 | 103,766.91 |
| 449 | Pamela | Conners | 90,731.85 | 90,731.85 |
| 475 | WAYNE & JUDITH | CORLEY | 22,006.82 | 22,006.82 |
| 415 | Greg | Cowan | 72,237.58 | 72,237.58 |
| 359 | Mark | Crubaugh | 68,421.23 | 68,421.23 |
| 400 | John T | Culler | 32,658.05 | 32,658.05 |
| 422 | Van T | Curtis | 59,134.41 | 59,134.41 |
| 281 | William | Daney | 21,438.65 | 21,438.65 |
| 53 | Donna | Dark | 22,807.08 | 22,807.08 |
| 252 | Christopher | Davis | 7,982.48 | 7,982.48 |
| 254 | D. Gail | Davis | 4,600.78 | 4,600.78 |
| 221 | Joaquin | de Oliveira | 114,317.14 | 114,317.14 |
| 72 | Richard J | Deis Jr | 91,212.52 | 91,212.52 |
| 73 | Richard | Deis, Jr | 51,756.69 | 51,756.69 |
| | Jesse | Delgado | $74,635.00 | $74,635.00 |
| 256 | Maria D | Dellaplain | 153,867.96 | 153,867.96 |
| 236 | Andrea | Devito | 16,758.17 | 16,758.17 |
| 404 | Karen | DeVries | 9,122.83 | 9,122.83 |
| 264 | Michelle | DiAmore | 18,400.50 | 18,400.50 |

| | | | | |
|---|---|---|---|---|
| 59 | Tom | Dickinson | 45,614.16 | 45,614.16 |
| 179 | Tim | Diesel | 49,320.31 | 49,320.31 |
| 196 | Rebecca | Dillon | 14,610.71 | 14,610.71 |
| | Michael | Disler | $50,000.00 | $50,000.00 |
| 274 | Ira & Lois | Dockins | 38,977.30 | 38,977.30 |
| 374 | Mary Ann | Dornfeld | 55,017.48 | 55,017.48 |
| 217 | LINDA C | DOTTER-ROTH | 5,108.79 | 5,108.79 |
| | Cindy | Douma | $15,000.00 | $15,000.00 |
| 19 | Patrick | Doyle | 20,982.51 | 20,982.51 |
| 207 | Cornell | Drentea | 76,858.97 | 76,858.97 |
| 501 | Domnica | Drentea | 31,564.96 | 31,564.96 |
| 300 | Peggy | Dubach | 253,414.24 | 253,414.24 |
| | Robert C. | Earley | $10,000.00 | $10,000.00 |
| 21 | Ernest | Ebner | 18,428.12 | 18,428.12 |
| 57 | Judy | Ebner | 33,759.80 | 33,759.80 |
| 249 | Charles | Edmondson | 72,070.37 | 72,070.37 |
| 50 | Clarence | Ellebracht | 23,035.15 | 23,035.15 |
| 149 | Clarence | Ellebracht | 23,035.15 | 23,035.15 |
| 467 | Jon | Elliott | 65,349.81 | 65,349.81 |
| 71 | Steve | Elmore | 6,872.23 | 6,872.23 |
| 364 | Barbara | Esau | 76,551.96 | 76,551.96 |
| 37 | William M | Evert | 426,819.98 | 426,819.98 |
| | Tom | Evert | $15,000.00 | $15,000.00 |
| 331 | George | Ferrell | 9,122.83 | 9,122.83 |
| 459 | Wayne | Fester | 45,614.16 | 45,614.16 |
| 234 | Winifred | Fields | 7,692.72 | 7,692.72 |
| 241 | Cory | Filkins | 29,238.67 | 29,238.67 |
| 68 | John & Julie | Fincher | 9,122.83 | 9,122.83 |
| 357 | First Pinkston Limited Partnership | | 91,228.31 | 91,228.31 |
| 293 | Susan | Fischer | 68,251.79 | 68,251.79 |
| 258 | Charles K | Fisher | 68,421.23 | 68,421.23 |
| 338 | Arthur | Fisk | 45,914.89 | 45,914.89 |
| 173 | Patricia | FitzGerald | 42,147.48 | 42,147.48 |
| | Donald Denis | Fitzsimmons | $10,000.00 | $10,000.00 |
| 495 | Mary | Flanigan | 50,295.13 | 50,295.13 |
| 93 | Karen | Fleming | 39,939.57 | 39,939.57 |
| 95 | Stacy | Fleming | 31,929.91 | 31,929.91 |
| 96 | Brian | Fleming | 30,561.48 | 30,561.48 |
| 519 | Erica | Fluckus | 12,726.32 | 12,726.32 |
| 206 | Don | Frew | 3,432.47 | 3,432.47 |
| 517 | Barry | Fried | 3,706.15 | 3,706.15 |
| 440 | Deborah | Frye | 81,706.60 | 81,706.60 |
| 441 | Deborah | Frye | 196,076.57 | 196,076.57 |
| 310 | Dwayne | Gaeddert | 71,614.23 | 71,614.23 |
| 386 | Eliseo | Garza | 253,980.65 | 253,980.65 |
| 387 | Nelda M | Garza | 144,177.82 | 144,177.82 |
| | Christopher | Gay | $20,000.00 | $20,000.00 |
| 410 | Donna & Kelton | Gibson | 51,339.26 | 51,339.26 |
| 411 | Donna | Gibson | 42,447.95 | 42,447.95 |
| 242 | DR. A LAMAR & JUANICE | GLAZE | 18,245.66 | 18,245.66 |
| | Arthur & Juanice Gandy | Glaze | $20,000.00 | $20,000.00 |
| 146 | Nick E | Goldman | 13,684.25 | 13,684.25 |
| 248 | Ernest | Gonzales | 34,301.85 | 34,301.85 |
| 89 | Donna L | Goodwin | 246,149.44 | 246,149.44 |
| 270 | Gregory A | Gordon | 22,350.94 | 22,350.94 |
| 271 | Gregory A | Gordon | 21,256.20 | 21,256.20 |
| 27 | Michel | Goudreau | 46,037.79 | 46,037.79 |

| | | | | |
|---|---|---|---|---|
| 123 | Stephen T | Grabowski | 145,965.30 | 145,965.30 |
| 228 | Margaret | Greenspan | 237,714.10 | 237,714.10 |
| 229 | Ronald A | Greenspan | 410,527.41 | 410,527.41 |
| 345 | Renet | Greer | 6,427.03 | 6,427.03 |
| 87 | Ben | Greinke | 79,824.77 | 79,824.77 |
| 320 | Russell | Grimm | 114,102.16 | 114,102.16 |
| 524 | Russell | Grimm | 41,052.74 | 41,052.74 |
| 535 | DAVE | GRONEWOLD | 42,877.31 | 42,877.31 |
| 94 | Thomas J | Gross | 45,614.16 | 45,614.16 |
| 395 | Sean | Hackett | 186,780.69 | 186,780.69 |
| 363 | Hans J & Dawn M | Haenert | 155,807.97 | 155,807.97 |
| 63 | Miki | Harkin | 4,561.42 | 4,561.42 |
| 243 | Elsa | Havel | 66,460.52 | 66,460.52 |
| 169 | Betty | Haxton | 24,164.66 | 24,164.66 |
| 503 | Walker B and Lauren R | Hayes | 51,148.73 | 51,148.73 |
| 504 | Walker M | Hayes | 9,729.66 | 9,729.66 |
| 505 | Madison T | Hayes | 13,783.49 | 13,783.49 |
| 507 | Lauren | Hayes | 118,916.40 | 118,916.40 |
| 508 | Walker B. | Hayes | 370,267.91 | 370,267.91 |
| 528 | Walker B. | Hayes | 9,122.83 | 9,122.83 |
| 529 | Lauren | Hayes | 9,122.83 | 9,122.83 |
| 66 | David | Hays | 22,457.27 | 22,457.27 |
| 67 | David | Hays | 66,373.16 | 66,373.16 |
| | Mike | Hays | $20,000.00 | $20,000.00 |
| 142 | Frances Hui | He | 45,614.16 | 45,614.16 |
| | Diego | Herrera | $31,948.00 | $31,948.00 |
| 427 | Nathan | Hinojosa | 48,027.15 | 48,027.15 |
| 428 | LUIS B | HINOJOSA | 112,170.14 | 112,170.14 |
| 429 | Dolores | Hinojosa | 39,035.27 | 39,035.27 |
| 112 | ROBERT & MARGARET | HIRSCHFELD | 228.07 | 228.07 |
| 113 | Margaret | Hirschfeld | 22,807.08 | 22,807.08 |
| | ROBERT & MARGARET | HIRSCHFELD | $20,000.00 | $20,000.00 |
| 62 | Dee | Holl | 155,088.13 | 155,088.13 |
| 49 | Anne R | Honan | 12,771.96 | 12,771.96 |
| 101 | Anna M | Honan | 58,112.44 | 58,112.44 |
| 460 | Stephen J | Honan | 5,473.70 | 5,473.70 |
| 180 | Sean | Hovis | 31,929.91 | 31,929.91 |
| 322 | Terry | Huber | 49,325.06 | 49,325.06 |
| 9 | Ron | Hunt | 35,201.88 | 35,201.88 |
| 188 | Katy Jo | Idler | 7,442.67 | 7,442.67 |
| 163 | Andrea | Jeffery | 3,706.15 | 3,706.15 |
| 224 | Curtis | Jeffery | 3,582.99 | 3,582.99 |
| 445 | Kevin B & Carole L | Jeffery | 14,331.97 | 14,331.97 |
| 479 | KEVIN B | JEFFREY | 17,313.38 | 17,313.38 |
| 480 | KEVIN B | JEFFREY | 23,307.11 | 23,307.11 |
| 131 | Christine | Jensen | 13,684.25 | 13,684.25 |
| 356 | Christine | Jensen | 45,614.16 | 45,614.16 |
| 489 | Henrik | Jensen | 32,626.60 | 32,626.60 |
| 491 | Henrik | Jensen | 182,456.63 | 182,456.63 |
| 492 | Henrik | Jensen | 591,828.43 | 591,828.43 |
| 496 | Per Rumann | Jensen | 22,807.08 | 22,807.08 |
| 420 | Dennis | Jessen | 255,300.91 | 255,300.91 |
| 336 | Steven A | Johnson | 18,245.66 | 18,245.66 |
| 368 | Max | Jones | 523,504.40 | 523,504.40 |
| 158 | John | Jung | 16,329.87 | 16,329.87 |
| 161 | Carolyn D. | Jung | 20,982.51 | 20,982.51 |
| 162 | John | Jung | 23,952.91 | 23,952.91 |

| | | | | |
|---|---|---|---|---|
| 235 | Dolores | Jung | 49,628.20 | 49,628.20 |
| 282 | Bruce | Kalish | 134,726.49 | 134,726.49 |
| 283 | Katherine | Kalish | 56,938.75 | 56,938.75 |
| 284 | Bruce & Kathy | Kalish | 264,476.32 | 264,476.32 |
| 414 | Patrick M and Monica | Kappes | 13,821.09 | 13,821.09 |
| 384 | Hagop | Karahagopian | 89,722.32 | 89,722.32 |
| 385 | Alisa | Karahagopian | 8,575.46 | 8,575.46 |
| 376 | Antoinette | Kesicki | 12,991.82 | 12,991.82 |
| 448 | Dan | Klein | 53,416.43 | 53,416.43 |
| 401 | Victoria | Kloster | 9,214.06 | 9,214.06 |
| | Walter | Knox | $25,000.00 | $25,000.00 |
| 86 | John | Kozel | 25,087.33 | 25,087.33 |
| 88 | Matt | Krusoe | 13,136.88 | 13,136.88 |
| | Mary | Kuchman | $25,000.00 | $25,000.00 |
| | Simon | LaLonde | $169,176.00 | $169,176.00 |
| 32 | Doug | Lambert | 41,235.27 | 41,235.27 |
| 160 | AJ | Landgraf | 4,561.42 | 4,561.42 |
| 216 | James A | Landgraf | 26,570.32 | 26,570.32 |
| 350 | James | Landgraf | 91,228.31 | 91,228.31 |
| 351 | James & Naomi | Landgraf | 305,612.11 | 305,612.11 |
| 247 | Gary | Landreman | 51,206.45 | 51,206.45 |
| 498 | GARY P & DEBORAH T | LANDREMAN | 6,514.51 | 6,514.51 |
| 301 | Brenda | Lantz | 29,993.77 | 29,993.77 |
| 321 | Frederick | Lantz | 82,880.66 | 82,880.66 |
| 166 | Lance | Larkin | 24,627.08 | 24,627.08 |
| 40 | Iver D | Larson | 45,614.16 | 45,614.16 |
| 105 | Louetta B | Larson | 110,694.08 | 110,694.08 |
| 473 | Iver D | Larson | 136,842.47 | 136,842.47 |
| 369 | David P. & Ottilie E. | Le Hoy | 100,351.14 | 100,351.14 |
| 79 | Peggy | Lee | 75,579.13 | 75,579.13 |
| 329 | Henry M | Leiman | 30,323.96 | 30,323.96 |
| 141 | James | Leonard | 17,394.17 | 17,394.17 |
| 44 | Mark | Lewin | 9,122.83 | 9,122.83 |
| 434 | Wayne | Little | 160,023.06 | 160,023.06 |
| 482 | Edward | Lochrie | 74,350.16 | 74,350.16 |
| 500 | Edward Robert | Lochrie | 19,614.09 | 19,614.09 |
| 121 | Cynthia Burgess | Long | 23,615.75 | 23,615.75 |
| 285 | Mark David | Long | 81,060.64 | 81,060.64 |
| 311 | Mike | Lowe | 34,210.62 | 34,210.62 |
| 339 | Ed P | Lowry | 25,658.82 | 25,658.82 |
| 340 | ED | LOWRY | 98,848.03 | 98,848.03 |
| 5 | LINDA | LUTHER-VENO | 22,807.08 | 22,807.08 |
| | Angie | Lutterman | $15,000.00 | $15,000.00 |
| | Doria | Luttrell | $60,000.00 | $60,000.00 |
| 287 | Ashley | Lynch | 8,153.53 | 8,153.53 |
| 294 | Maria | Macsay | 52,150.09 | 52,150.09 |
| 421 | Thomas | Macsay | 4,380.78 | 4,380.78 |
| 78 | Carla | Madrid | 264,562.11 | 264,562.11 |
| 232 | Djanyl | Malikova | 7,956.22 | 7,956.22 |
| 4 | Robert | Mann | 147,242.50 | 147,242.50 |
| 3 | Jennifer | Manuel | 8,575.46 | 8,575.46 |
| 35 | Brad | Manuel | 143,509.09 | 143,509.09 |
| 436 | Brenda & Gregg | Marousek | 613,598.87 | 613,598.87 |
| 477 | Gregg | Marousek | 21,148.02 | 21,148.02 |
| 518 | Brenda | Marousek | 232,058.81 | 232,058.81 |
| 239 | Roberto | Martinez | 9,122.83 | 9,122.83 |
| 275 | Rosemary | Martinez | 57,897.14 | 57,897.14 |

| | | | | |
|---|---|---|---|---|
| 319 | Jose V | Martinez | 97,369.80 | 97,369.80 |
| 469 | John & Peggy | Marvin | 249,185.87 | 249,185.87 |
| 458 | Reynolds | Mary | 110,778.15 | 110,778.15 |
| 360 | Isabelle | Mathon | 61,669.88 | 61,669.88 |
| 220 | Mont | McAllister | 3,706.15 | 3,706.15 |
| 22 | RICK & PEIWEN | MCBRIDE | 26,182.53 | 26,182.53 |
| | Jason | McBride | $15,000.00 | $15,000.00 |
| | Rick & Stacie | McBride | $28,700.00 | $28,700.00 |
| 418 | Robert E | McDonald | 216,935.90 | 216,935.90 |
| 419 | Robert E | McDonald | 84,872.23 | 84,872.23 |
| | Betty Ann | McDonald | $10,000.00 | $10,000.00 |
| | Gerald & Carol | McGowan | 31,250.00 | 31,250.00 |
| | Tricia | McGowan | 20,000.00 | 20,000.00 |
| 464 | Rebecca Jane | McKelvy | 20,800.06 | 20,800.06 |
| 456 | Lane | McKnight | 110,244.69 | 110,244.69 |
| 465 | John | Mclellan | 84,785.31 | 84,785.31 |
| 405 | Maggie | McMahon | 18,245.66 | 18,245.66 |
| 184 | Timothy S | McNamara | 39,958.00 | 39,958.00 |
| 185 | Timothy S | McNamara | 40,140.46 | 40,140.46 |
| 190 | Timothy S | McNamara | 3,649.13 | 3,649.13 |
| 110 | Brandon | McNeil | 8,393.00 | 8,393.00 |
| 371 | Murray | McNeil | 66,696.61 | 66,696.61 |
| 82 | Stephen | McSpadden | 92,446.14 | 92,446.14 |
| 51 | Deborah A | Melton | 7,271.10 | 7,271.10 |
| 349 | Scott | Mercer | 85,158.35 | 85,158.35 |
| 195 | Tura Kaye | Meyer | 21,903.92 | 21,903.92 |
| 502 | Allen | Meyer | 74,940.03 | 74,940.03 |
| 509 | Sharon | Meyer | 96,499.19 | 96,499.19 |
| 97 | Joseph | Michalek | 9,122.83 | 9,122.83 |
| 119 | Clayton | Michalek | 9,122.83 | 9,122.83 |
| 16 | James L | Mickel | 7,412.30 | 7,412.30 |
| 276 | SHANNON | MICKELSEN | 4,561.42 | 4,561.42 |
| 278 | Brett | Mickelsen | 22,807.08 | 22,807.08 |
| 102 | Shelia C | Middendorf | 9,122.83 | 9,122.83 |
| 8 | John | Mikrut | 20,982.51 | 20,982.51 |
| 165 | Charles | Mikrut | 39,752.74 | 39,752.74 |
| 64 | Gregg F | Miller | 13,684.25 | 13,684.25 |
| 335 | Roy G | Miller | 44,063.24 | 44,063.24 |
| 361 | Wendy | Miller | $0 | $0 |
| 372 | Eugene | Miller | 101,922.06 | 101,922.06 |
| | Rachel | Mireles | $25,000.00 | $25,000.00 |
| 225 | Randall | Mittelstet | 54,280.85 | 54,280.85 |
| 227 | Randall | Mittelstet | 14,862.52 | 14,862.52 |
| 135 | Cherie | Monson | 14,532.21 | 14,532.21 |
| 355 | Lisa K | Moran | 104,410.90 | 104,410.90 |
| 344 | Dolores | Morell | 173,176.88 | 173,176.88 |
| 13 | Masami | Morikawa | 160,214.58 | 160,214.58 |
| | Donna M | Morris | $15,000.00 | $15,000.00 |
| 296 | Boneta | Morrison | 20,982.51 | 20,982.51 |
| 297 | Debra | Morrison | 195,228.59 | 195,228.59 |
| 172 | Marcus | Motte | 332,901.24 | 332,901.24 |
| 122 | Jean | Mulcahy | 21,849.18 | 21,849.18 |
| 12 | Amy | Newsom | 7,862.04 | 7,862.04 |
| 470 | Paul | Nielsen | 68,419.96 | 68,419.96 |
| 474 | Paul | Nielsen | 9,122.83 | 9,122.83 |
| 231 | Nicola | Nucci | 142,582.87 | 142,582.87 |
| 367 | Nalini | Nucci | 7,955.39 | 7,955.39 |

| | | | | |
|---|---|---|---|---|
| 186 | Peter | O'Connor | 34,955.70 | 34,955.70 |
| | Sean | Otte | $5,000.00 | $5,000.00 |
| 462 | Jim & Deanna | Padrick | 10,309.53 | 10,309.53 |
| 455 | Donna M | Paine | 298,720.50 | 298,720.50 |
| | Donald | Parker | $36,622.80 | $36,622.80 |
| 75 | Rex Allen | Parr | 60,586.23 | 60,586.23 |
| | Robert | Parsons | $50,000 | $50,000 |
| 375 | Sandra | Patchen | 18,245.66 | 18,245.66 |
| 108 | Scott & Chantel | Patterson | 46,374.83 | 46,374.83 |
| 38 | John | Paulus | 217,579.53 | 217,579.53 |
| 182 | Helen | Penny-Hunt | 162,997.72 | 162,997.72 |
| 269 | Clint | Petersen | 58,391.36 | 58,391.36 |
| 244 | Rose | Pettibone | 28,736.92 | 28,736.92 |
| 245 | Jerry | Pettibone | 43,783.71 | 43,783.71 |
| | Gerald | Pettibone | $55,609.00 | $55,609.00 |
| 208 | Trevor & Mary Lou | Phillips | 163,015.44 | 163,015.44 |
| 209 | Mary | Phillips | 9,122.83 | 9,122.83 |
| 210 | Trevor & Mary Lou | Phillips | 93,485.30 | 93,485.30 |
| 211 | Trevor | Phillips | 5,188.61 | 5,188.61 |
| 246 | Brian | Phipps | 119,005.51 | 119,005.51 |
| 183 | Alexandra | Pierce | 3,928.52 | 3,928.52 |
| 104 | Jane | Plattner | 43,789.59 | 43,789.59 |
| 81 | Mark | Pledger | 22,807.08 | 22,807.08 |
| 291 | RUTH | POLLAK | 21,894.80 | 21,894.80 |
| 292 | Ruth N | Pollak | 18,245.66 | 18,245.66 |
| | Lawrence | Polman | $25,000.00 | $25,000.00 |
| 272 | ANTHONY J | PORTER | 36,491.33 | 36,491.33 |
| | Anthony | Porter | $40,000.00 | $40,000.00 |
| 226 | Colleen & Mike | Pott | 272,772.65 | 272,772.65 |
| 76 | Robert | Potter | 18,245.66 | 18,245.66 |
| 466 | Kent | Powell | 22,807.08 | 22,807.08 |
| 437 | Coree | Pulver | 91,228.31 | 91,228.31 |
| 193 | Vincent James | Quick | 8,933.17 | 8,933.17 |
| 267 | Charlotte | Rabadi | 30,135.45 | 30,135.45 |
| 341 | Ronald | Radhoff | 81,314.76 | 81,314.76 |
| 527 | Joanne | Radhoff | 18,455.48 | 18,455.48 |
| 83 | Randy | Rae | 20,070.23 | 20,070.23 |
| 84 | Randy | Rae | 22,807.08 | 22,807.08 |
| 125 | Celeste & Gary | Reeves | 213,929.48 | 213,929.48 |
| 52 | Sandi | Rehborn | 3,706.15 | 3,706.15 |
| 118 | Bruce | Reilly | 128,554.64 | 128,554.64 |
| 69 | Jon | Reynolds | 16,572.54 | 16,572.54 |
| 70 | Jon | Reynolds | 50,784.19 | 50,784.19 |
| 129 | Beverly | Reynolds | 19,511.15 | 19,511.15 |
| 177 | Mary | Reynolds | 65,440.94 | 65,440.94 |
| 178 | Mary | Reynolds | 175,943.02 | 175,943.02 |
| | Ernest | Reynolds | $10,000.00 | $10,000.00 |
| 20 | Jeffery J & Patricia J | Rhodes | 196,136.54 | 196,136.54 |
| 126 | Leland D & Myra H | Rhodes | 526,806.72 | 526,806.72 |
| 127 | Leland D & Myra H | Rhodes | 11,640.42 | 11,640.42 |
| 137 | Jeffery | Rhodes | 69,912.57 | 69,912.57 |
| 29 | Darralane | Roark | 30,105.34 | 30,105.34 |
| 309 | Alfred Lee | Roark | 35,579.04 | 35,579.04 |
| 463 | Al & Darralene | Roark | 116,138.60 | 116,138.60 |
| 378 | Karen | Rodriguez | 35,381.99 | 35,381.99 |
| 379 | Karen & Richard | Rodriguez | 8,663.04 | 8,663.04 |
| 380 | Richard | Rodriguez | 22,113.74 | 22,113.74 |

| | | | | |
|---|---|---|---|---|
| 439 | Ryan | Rodriguez | 7,412.30 | 7,412.30 |
| 478 | Belinda O | Rodriguez | 18,801.22 | 18,801.22 |
| 147 | TODD | ROMSDAHL | 45,612.33 | 45,612.33 |
| | Todd Allan | Romsdahl | $60,000.00 | $60,000.00 |
| 307 | Patsy | Rosales | 100,886.89 | 100,886.89 |
| 308 | Mark | Rosales | 73,318.75 | 73,318.75 |
| 353 | Mark A & Pat C | Rosales | 91,228.31 | 91,228.31 |
| 106 | Michael J | Rosedale | 7,861.86 | 7,861.86 |
| 317 | STEPHEN | ROSENBERG | 19,292.06 | 19,292.06 |
| 174 | James | Ross | 22,353.08 | 22,353.08 |
| 175 | Kristi Anne | Ross | 5,788.11 | 5,788.11 |
| 176 | James & Kristi | Ross | 88,494.61 | 88,494.61 |
| 132 | Mary Jean | Rowe | 134,975.48 | 134,975.48 |
| 133 | Merril F | Rowe | 1,434,426.21 | 1,434,426.21 |
| 396 | Maxwell | Rowe | 8,210.55 | 8,210.55 |
| 302 | Andre | Rozo | 22,761.91 | 22,761.91 |
| 303 | Carole M | Rozo | 10,581.15 | 10,581.15 |
| 164 | Paul | Ruiz | 54,736.99 | 54,736.99 |
| 124 | Stephanie | Ryan | 135,723.21 | 135,723.21 |
| 288 | Austin | Samber | 96,291.48 | 96,291.48 |
| 289 | Rocky | Samber | 107,861.51 | 107,861.51 |
| 290 | MARILYN | SAMBER | 82,907.15 | 82,907.15 |
| 295 | Rocky | Samber | 54,508.92 | 54,508.92 |
| 74 | Deborah | Sanders | 39,342.21 | 39,342.21 |
| 298 | Patrick | Sanders | 53,776.81 | 53,776.81 |
| 259 | Erika Syroid, Lillianne Syoid, Amanda Wagner, | Sasha Vermel & Luke Swearingen | 91,228.31 | 91,228.31 |
| | Paul | Sauer | $25,000.00 | $25,000.00 |
| 442 | Colleen | Schaefgen | 10,874.41 | 10,874.41 |
| 443 | Colleen | Schaefgen | 192,035.60 | 192,035.60 |
| 139 | Stephanie | Schindler | 9,122.83 | 9,122.83 |
| 60 | James & Deborah | Schwartz | 43,569.63 | 43,569.63 |
| 318 | Brent | Scott | 18,245.66 | 18,245.66 |
| 325 | Ron | Scott | 58,568.58 | 58,568.58 |
| 326 | Ron | Scott | 40,198.29 | 40,198.29 |
| 334 | Pamela | Scott | 13,684.25 | 13,684.25 |
| 268 | Samuel P | Sears | 7,271.10 | 7,271.10 |
| 33 | Thomas D | Seifert | 9,122.83 | 9,122.83 |
| 200 | Yoshiko | Seino | 45,614.16 | 45,614.16 |
| 201 | Yoshiko | Seino | 52,000.14 | 52,000.14 |
| 365 | Yoshiko | Seino | 57,359.80 | 57,359.80 |
| 476 | Paul | Sepan | 9,122.83 | 9,122.83 |
| 171 | Carter | Shaver | 21,096.55 | 21,096.55 |
| 170 | James D | Sheridan | 15,964.50 | 15,964.50 |
| 408 | Jie Jing | Shi | 7,228.77 | 7,228.77 |
| 85 | Gerald & Jayne | Short | 207,196.82 | 207,196.82 |
| | Barbara | Shuman | $10,000.00 | $10,000.00 |
| 99 | Joe M | Skelton | 28,543.06 | 28,543.06 |
| 15 | Paula | Slepicka | 105,892.26 | 105,892.26 |
| 151 | Rudy E & Karen A | Smith | 96,793.20 | 96,793.20 |
| | Russell | Smith | $51,000.00 | $51,000.00 |
| 330 | Michael | Sonner | 27,368.49 | 27,368.49 |
| 23 | Lee | Staszak | 30,180.49 | 30,180.49 |
| 24 | Lee | Staszak | 45,005.66 | 45,005.66 |
| 25 | Lee | Staszak | 45,158.01 | 45,158.01 |
| 26 | Rita | Staszak | 6,081.28 | 6,081.28 |

| | Cindy | Staszak | $15,100.00 | $15,100.00 |
|---|---|---|---|---|
| | Jodi | Staszak | $15,100.00 | $15,100.00 |
| 447 | Toby | Steele | 37,359.42 | 37,359.42 |
| 41 | Marjorie | Steinfeld | 13,136.88 | 13,136.88 |
| 403 | Kevin | Stoelb | 3,614.92 | 3,614.92 |
| 383 | Dwight | Stone | 121,393.86 | 121,393.86 |
| 222 | Robert E | Straley | 59,827.76 | 59,827.76 |
| 323 | Heidi J | Swearingen | 13,421.38 | 13,421.38 |
| 324 | Heidi | Swearingen | 342,635.34 | 342,635.34 |
| 128 | Peter B | Swindall | 157,689.13 | 157,689.13 |
| 397 | Gregg | Talbert | 196,131.53 | 196,131.53 |
| 398 | Gregg | Talbert | 49,263.29 | 49,263.29 |
| 399 | Kathleen | Talbert | 27,368.49 | 27,368.49 |
| 10 | Riva | Teem | 16,517.52 | 16,517.52 |
| 11 | Riva | Teem | 9,122.83 | 9,122.83 |
| 58 | Carlton | Tharet | 57,473.84 | 57,473.84 |
| 461 | Jens Christian | Therkildsen | 18,245.66 | 18,245.66 |
| 487 | ERIK | THERKILDSEN | 182,433.82 | 182,433.82 |
| | Eric | Therkildsen | $449,975.00 | $449,975.00 |
| 263 | Ruth | Thoman | 4,561.42 | 4,561.42 |
| 34 | GERALD L | THOMAS JR | 45,614.16 | 45,614.16 |
| 157 | Marc & Christine | Tillinghast | 133,288.35 | 133,288.35 |
| 362 | Marc | Tillinghast | 151,986.37 | 151,986.37 |
| 388 | Allen Ray | Tillinghast | 16,082.80 | 16,082.80 |
| 390 | Marjorie Jane | Tillinghast | 9,122.83 | 9,122.83 |
| 391 | Allen | Tillinghast | 22,236.90 | 22,236.90 |
| 392 | Allen Ray and Marjorie Jane | Tillinghast | 31,683.59 | 31,683.59 |
| 494 | Allen | Tillinghast | 40,478.20 | 40,478.20 |
| 526 | Marjorie Jane | Tillinghast | 31,929.91 | 31,929.91 |
| 202 | Holly Ann | Tompkins | 163,350.32 | 163,350.32 |
| 525 | David | Toon | 99,821.03 | 99,821.03 |
| 42 | JONATHAN | TREBILCOCK | 199,693.98 | 199,693.98 |
| 43 | Sondra A | Trebilcock | 58,020.29 | 58,020.29 |
| 312 | Paul | Tripp | 91,228.31 | 91,228.31 |
| 370 | RODNEY & DONNA | TRUSTY | 45,614.16 | 45,614.16 |
| 115 | Linda K | Turner | 104,912.56 | 104,912.56 |
| 77 | Paulette | Tuttle | 44,289.63 | 44,289.63 |
| 98 | Dennis | Uyeda | 13,227.58 | 13,227.58 |
| 191 | Douglas V. | Valentine | 133,368.49 | 133,368.49 |
| 332 | Mark A | Van Hoesen | 55,491.27 | 55,491.27 |
| 333 | Mark | Van Hoesen | 8,959.30 | 8,959.30 |
| 54 | Alvin | Van Stelton | 9,214.06 | 9,214.06 |
| 116 | John J | Vandemoer | 203,612.22 | 203,612.22 |
| 265 | Gautam | Venkatesan | 48,891.70 | 48,891.70 |
| 406 | Raguveer | Venkatesan | 13,684.25 | 13,684.25 |
| | Antionio J. | Villioch | $27,000.00 | $27,000.00 |
| 260 | Prasad | Vindla | 117,797.46 | 117,797.46 |
| 261 | Prasad | Vindla | 97,083.25 | 97,083.25 |
| 262 | Prasad | Vindla | 85,754.61 | 85,754.61 |
| 266 | Mike | Vreeke | 98,640.61 | 98,640.61 |
| 145 | Terri | Wagner | 24,600.63 | 24,600.63 |
| 152 | Phil | Wahl | 20,040.51 | 20,040.51 |
| 153 | Maria | Wahl | 49,320.31 | 49,320.31 |
| 154 | Eugenia | Wahl | 12,697.74 | 12,697.74 |
| 155 | Phil & Eugenia | Wahl | 240,946.69 | 240,946.69 |
| 305 | Fred | Wahl | 82,105.48 | 82,105.48 |
| 393 | Patrick M | Walker | 107,712.32 | 107,712.32 |

| 423 | Celine B | Walker | 10,345.29 | 10,345.29 |
|---|---|---|---|---|
| 424 | Matt & Celine | Walker | 62,851.51 | 62,851.51 |
| 425 | Matthew P & Celine B | Walker | 16,370.01 | 16,370.01 |
| 426 | Matthew P | Walker | 21,840.06 | 21,840.06 |
| 114 | James M | Warner | 7,387.64 | 7,387.64 |
| 138 | Jeffery & Brenda | Warner | 95,789.73 | 95,789.73 |
| 218 | James R | Warner | 45,461.35 | 45,461.35 |
| 55 | Bob T | Watts | 22,332.92 | 22,332.92 |
| 92 | Elaine | Wauchope | 120,552.47 | 120,552.47 |
| 90 | Katie & David | Wellington | 87,556.15 | 87,556.15 |
| 136 | Margaret | Wellington | 93,777.23 | 93,777.23 |
| 327 | Patricia | Wenzel | 110,652.34 | 110,652.34 |
| 240 | Julia | Weskamp | 22,807.08 | 22,807.08 |
| 346 | Mark J & Sara W | Wetzig | 91,228.31 | 91,228.31 |
| 347 | Mark | Wetzig | 21,439.19 | 21,439.19 |
| 348 | Mark | Wetzig | 93,052.88 | 93,052.88 |
| 61 | Charleen & Griffin | Wetzstein | 21,019.00 | 21,019.00 |
| 181 | Andrea | Weule | 1,920.06 | 1,920.06 |
| 233 | Frank | Whipple | 18,245.66 | 18,245.66 |
|  | Laverna M. | Whipple | $20,000.00 | $20,000.00 |
| 471 | Tina | White | 110,397.48 | 110,397.48 |
| 472 | Tina | White | 289,461.79 | 289,461.79 |
| 167 | Haley | Whiteley | 9,122.83 | 9,122.83 |
| 279 | Jared | Whiteley | 9,122.83 | 9,122.83 |
| 280 | Ken | Whiteley | 13,684.25 | 13,684.25 |
| 450 | Tom | Wilkinson | 24,231.87 | 24,231.87 |
| 483 | Steve & Kathryn | Williams | 249,311.72 | 249,311.72 |
| 100 | Tharalynn | Williamson | 25,755.70 | 25,755.70 |
| 107 | Carolyn | Woolley | 289,345.79 | 289,345.79 |
| 197 | Victor M | Worthington | 30,139.31 | 30,139.31 |
| 212 | Susan & Victor | Worthington | 86,670.66 | 86,670.66 |
| 213 | Susan D | Worthington | 19,529.99 | 19,529.99 |
| 214 | Susan D | Worthington | 7,545.06 | 7,545.06 |
| 215 | Susan D | Worthington | 8,028.09 | 8,028.09 |
| 219 | Susan D | Worthington | 7,934.76 | 7,934.76 |
| 230 | Chris | Worthington | 27,368.49 | 27,368.49 |
| 451 | Susan D | Worthington | 8,028.09 | 8,028.09 |
|  | Aaron | Wright | $65,000.00 | $65,000.00 |
| 409 | Tzu-Wen | Wu | 183,833.49 | 183,833.49 |
| 148 | TAR INVESTMENTS LLC |  | 25,179.01 | 25,179.01 |
| 198 | BUSINESS CONCEPTS INC |  | 9,122.83 | 9,122.83 |
| 199 | Kim Buchwald & Wendy Miller |  | 44,211.77 | 44,211.77 |
| 204 | NOMISDICEDOTCOM LLC |  | 102,872.43 | 102,872.43 |
| 253 | We Can Do It, LLC |  | 90,685.50 | 90,685.50 |
| 257 | KH & MA INVESTMENTS LLC |  | 22,236.90 | 22,236.90 |
| 277 | MICKELSEN CONSTRUCTION CO. |  | 18,245.66 | 18,245.66 |
| 286 | Wayne Little & Kristina Azbell |  | 47,493.46 | 47,493.46 |
| 328 | HML, LLC |  | 27,322.54 | 27,322.54 |
| 389 | PERPETUAL MOTION LLC |  | 15,578.15 | 15,578.15 |
| 407 | Buddhist Assoc of Colorado |  | 126,441.78 | 126,441.78 |
| 452 | Gateway Consolidated Corp |  | 749,758.52 | 749,758.52 |
| 453 | LSJ Alliance, LLC |  | 465,889.07 | 465,889.07 |
| 454 | MOMIS RIVERS LLC |  | 319,299.09 | 319,299.09 |
| 481 | PROTEA LP |  | 13,684.25 | 13,684.25 |
| 490 | Noburo, LLC |  | 136,279.45 | 136,279.45 |
| 493 | TORUMA INC |  | 729,872.12 | 729,872.12 |
| 506 | BULAWAMA SERVICES LLC |  | 46,800.12 | 46,800.12 |

| | | | |
|---|---|---:|---:|
| 510 | WK HADDEN INVESTMENTS LLC | 27,368.49 | 27,368.49 |
| 511 | WK HADDEN INVESTMENTS LLC | 68,115.62 | 68,115.62 |
| 516 | Agrawal Group, LLC | 879,432.27 | 879,432.27 |
| 522 | DIVERSIFY CAPITAL LLC | 23,035.15 | 23,035.15 |
| 530 | THE PADRICK TRUST DATED 8/4/92 | 133,958.09 | 133,958.09 |
| | | **42,847,425.58** | **42,847,425.58** |

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 6    Schedule of Payments

Judgment — Page ___8___ of ___8___

DEFENDANT: TROY WRAGG
CASE NUMBER: DPAE2:15CR000398-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ 1,000.00 _____ due immediately, balance due

        ☐  not later than _____ , or
        ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☑  Payment in equal monthly (e.g., weekly, monthly, quarterly) installments of $ 150.00 over a period of
        60 month (e.g., months or years), to commence 30 days (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    AMANDA KNORR   15-CR-398-02  $54,531,488.57

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s)

☐  The defendant shall forfeit the defendant's interest in the following property to the United States

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Exhibit "C"

**Wragg, Troy Benjamin**
Register Number: 67165-019
Unit 5812 (Q)

## INMATE REQUEST TO STAFF RESPONSE

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____
David E. Ortiz
Warden

4/17/20
Date

Exhibit "D"



**UNION HOSPITAL**

Dr. Brittni Jones

Medical Director of Behavioral Health

Christiana Care Union Hospital


May 6, 2020

Re: Troy Wragg date of birth 10/21/1981

To Whom It May Concern:

My name is Dr. Brittni Jones and I am the Medical Director of Behavioral Health at Christiana Care Union Hospital in Elkton Maryland. I am writing this letter on behalf of Troy Wragg who I cared for multiple times during his psychiatric hospitalizations at Christiana Care Union Hospital. On these admissions, he was diagnosed with Major Depressive Disorder severe without psychotic features, Generalized Anxiety Disorder, Severe Posttraumatic Stress disorder, suspected Obsessive Compulsive Disorder and Epilepsy severe uncontrolled. At that time Mr. Wragg was treated with Thorazine 100 mg p.o. nightly, Remeron 30 mg p.o. nightly, Lamictal 100 mg p.o. nightly, Lamictal 1000 mg p.o. twice daily.

I am writing this letter attesting to Mr. Wragg's mental health issues and severely uncontrolled epilepsy. When off of his psychotropic medications, he quickly decompensates and becomes suicidal with significant history of suicide attempts including drinking bleach and not taking his seizure medication in order to kill himself via grand mal seizure. In my experience, even without missing one dose of Keppra Mr. Wragg has experience grand mal seizures. Mr.Wragg's wife contacted me this week informing me of his 22 year sentence and current emotional and medical condition.

I do recommend compassionate release, if this is a possibility, secondary to the nonviolent nature of his crime and the current dangers of incarceration secondary to severe outbreaks of COVID-19 in the penial system. I do believe that Mr. Wragg would be at a heightened risk of death secondary to his medical conditions.

If you have any questions please do not hesitate to contact me at 410-392-2689. Thank you for your time and consideration.

Sincerely,

Dr. Brittany Jones
Medical director of behavioral health at Christiana care Union Hospital
106 Bow St., Elkton, MD 21921
bjones@uhcc.com

---

**UNION BEHAVIORAL HEALTH**
111 West High Street, Suite 204 • Elkton, MD 21921
P 410-620-0008 • F 410-620-1999

Exhibit "E"

**Troy Wragg**
**BOP Medical File**

I entered the Federal BOP as a Chronic Care inmate immediately upon my R&D intake examination on November 9, 2018.

I was taken to the hospital for alcohol withdrawal and seizures on November 10, 2018 and stayed for approximately 8 hours.

I was on suicide watch from November 16th to November 20th 2018 at FDC Philadelphia.

I broke my wrist due to a terrible grand-mal seizure that I suffered in January of 2019 at FDC Philadelphia. I wore a cast put on by the BOP for 7 weeks. I received no pain medicine despite me having broken a major bone in my wrist.

In January of 2019 my diagnosis that I received "on the street" of ALS by a Neurologist in Gordon County, Georgia; was changed to MG by a PA specialist that worked on my medical file at FDC Philadelphia, which is a BOP facility.

I was taken off of Lamictal, another seizure medication, in March of 2019 at FDC Philadelphia.

I was on suicide watch again from September 10th to September 15th 2019 at FCI Fort Dix West.

I was put back on Lamictal in September of 2019 at FCI Fort Dix West.

I was put on and taken off of Thorazine, an extreme mental health medication, within one month between September 15th 2019 and October 15th 2019.

I was taken back off of Lamictal in November of 2019 at FCI Fort Dix West.

On March 21, 2020 I tried to pick up my Keppra which I was completely out of, and it was not ready for pick up, despite me ordering it over 3 days prior. I wrote a cop-out to AW Operations (Assistant Warden Smith responded on March 23, 2020 saying that they had contacted Health Services despite not handling that department) telling them about my prescription issue. No medicine was made available still. I suffered seizures every single night from March 21, 2020 to March 27, 2020 when Dr. Housman, a Psychologist, helped me get the Keppra medicine that I needed on March 27, 2020.

On April 1, 2020 I was told that I was given a 3-month supply of all of my current medicines. This is what actually transpired:
- I received not even a full month supply of Keppra. I only received 60 tablets. A one month supply is 90 tablets. A three month supply is 270 tablets. I take 1 1,000MG tablet 3x per day. This is a very high dosage of Keppra and I am still suffering from seizures as I did on March

30th, 2020, and March 31st, 2020 in the middle of the night, witnessed by my bunkie Quame Herd.
- I received a 3 month supply of my MG medicine - Calcium Carbonate & Vit. D.
- I received a 2 month supply of my heart disease and hypertension medicines - Linsinopril, HCTZ, and Astovastatin.

On April 2, 2020 I told a nurse who came to my building, 5812, about these issues. She said I needed to discuss it with pill-line and that she couldn't order it in the system as it did not give her the option to click on "refill".

On April 2, 2020 during a town hall meeting, Counselor Watson stated publicly "The biggest complaint about Fort Dix is Health Services." This was heard by 100-200 inmates in 5812.

On April 3, 2020 I wrote a cop-out to AW Services about this matter that started on April 1, 2020.

On April 5, 2020 at 2:52pm EST I wrote another cop-out, this time to AW Operations (given AW Smith replied last time although it didn't get me any support or on a call-out) because AW Services has still not replied to my April 3, 2020 cop-out.

On April 6, 2020 at approximately 1:25am, I suffered a grand-mal seizure that was witnessed by my bunkmate who could feel the bed shaking.

On April 12, 2020, the staff lectured us about wearing the one flimsy paper mask they gave us to wear. I asked, "I would like an honest answer since you are the Director of Medical for the West Compound here at FCI Fort Dix—How many inmates are REALLY infected? I want the truth, sir." He looked at me sideways and almost scared and said very quickly- "4 inmates, 2 staff; the inmates are all campers."

----

**It is 9:54am on 4/13/2020**

I had another seizure last night so my sleep was quite horrific. I woke up barely able to arch my back, and my body is incredibly weak. Given that the BOP will not send the meds over to me, I will have to risk another seizure and walk over to pill line this evening to collect my meds or even inquire if they are there. It will most likely be another complete waste. This is the second time, as you know, in less than a month that they have made an issue out of my life-threatening condition, by refusing to address the seriousness of my medical conditions. My blood pressure is highly elevated and I had to take two blood pressure pills, and two MG pills, and two heart disease (Astovastatin) pills just to try and gain a semblance of a normal reality. These seizures affect not only my immune system, but my heart diseases and hypertension condition as well. Prayer and action are the only way I will make it out of here alive.

**It is 9:35am EST on 4/15/2020:**

I have still not been able to turn in the Inmate Sick Call slip that I created yesterday. Yesterday, as you will recall, I tried giving it to the CO, who said take it to "Staff Alley." I took it to Case Manager White and left her a copy, Counselor Thomson copied it for me 5 times, and I gave Counselor Watson a copy. All three of these people are in "Staff Alley." This morning I went to the CO at 8:27am and asked them - "Have they announced for sick call slips yet?" There were two CO's in the office. Only one was wearing a mask and the door was wide open. I had my mask on. The one CO said "You have to do that at morning pill line now." I just shook my head and walked away as this was contrary to what I was told by Counselor Watson yesterday afternoon that they would announce for sick call slips when medical came, but he (Watson) also said he doubted that they did sick call on Wednesdays, so it may have to wait until Thursday. He said this after having my slip and viewing its content about my seizures and that I have had 8 in the last 11 days. Sampson "Sam" Lee awoke at 3:34am this morning (4/15/2020). This is why I went in to talk to the CO's. When they told me about this now, yet again, conflicting information, I just walked away. I rested for an hour just laying down as I still feel incredibly weak from last night. Although I do not remember the seizure, my entire body feels incredibly tight and I feel very, very, weak. I came in to check the computer to see if this new protocol for inmate sick call is on the BOP Bulletin Board or elsewhere in the system. It is not. When Sam Lee wakes up, as I will have a witness, I am going to go back to the CO and request to see Medical ASAP. I know this is a risk considering how Health Services as stated by Counselor Watson at our last town hall meeting (which I sent you the details and quotes of in front of over 100+ witnesses) "The biggest complaint about Ft Dix is Health Services/Medical." I am para-phrasing, but the exact wording was wrote in that addition to my BOP Medical Doc you have been keeping at home. If you do not hear from me today, or again, it is because I have been held by health services due to my seizures. I am very sorry for the constant fear and worrying. I am just praying that I get the proper medication and can come back to the unit if the Doctor believes that is the right thing to do. It has now been 9 seizures in the last 12 days given this issue with the lack of medicine of Keppra where I got only 60 tablets as opposed to the 90-270 I was told I received.

**Important and Urgent Medical Update 4/23/2020:**

I am sending this email to as many people as possible given my latest medical incident that just occurred at 1:32pm EST on 4/23/2020 here at FCI Fort Dix West. Megan - please I beg you to add this to my Troy BOP Medical Doc file. At approximately 1:17pm (All times EST), I heard our CO (Curko; the nice one from visit; white guy; crew cut) announce that Medical was in the building. Given I still have not been seen by medical since the cop-out I've turned in on April 14th, which clearly showed how I've had more than 8 seizures. It has now been 12 in 15 days. I went to the "nurse" who was administering a urine test and after she was done, I said to - "My name is Troy Wragg, I have not been put out on callout for my seizure condition that I turned in on the 14th of this month - is there any way you can help me?" Her reply was "They are backed up right now and only doing one building at a time, they will get to the emergencies first - then you." I quizzically replied: "So seizures, while life-threatening, are not considered emergencies

anymore? The last I checked the BOP had a protocol for clearing floors when a seizure occurred. I've had 12 in 15 days." She walked away. The CO, Curko, having overheard this, and being a helpful CO, said - "Wragg, come here," referring to the "bubble"/CO's office. I went in and described everything that has been going on and he immediately called Dr. Chinwalla, who I have only seen once since I got here; however, she is my physician on file. He described everything to her as I was telling him. He advocated for me greatly. At the end he said -"I understand. I will let him know." Dr. Chinwalla told CO Curko to tell me: "Since my medicine issue has been fixed and I am now taking the proper medicine, I should stop having seizures in a few days and it will go back to normal." She didn't see me. She made a phone diagnosis about my serious, life-threatening, medical situation. CO Curko gave me another Inmate Sick Call and told me to fill it out and hand it in again tomorrow and keep doing it until they agree to see me. Like Counselor Watson, CO Curko has been the only other member of the Fort Dix staff to help me with my serious condition. This conversation ended at 1:32pm EST.

For anyone reading this - if you even get it as it will most likely be intercepted by the BOP - please help me.
I am not only terrified of catching COVID-19, but I am incredibly weak from having 12 seizures now in 15 days.
I cannot advocate for myself. I have tried and I have gotten nowhere.
I am begging you - please help save my life. My first time, white collar, non-violent offense (which isn't even what they claimed it was) not only got me an unjust, and harsh, 22 year sentence - but now - it feels like I got a death sentence also.

Sincerely,
Troy Wragg
67165-019
It is now 1:54pm EST on 4/23/2020.

-----

**On Wednesday, April 29, 2020, the following email was received from Troy to Megan (his wife) at 2:51am:**

I woke up with my chest pounding and came to call you and check email.
I am feeling better now.
It is 11:22pm now.

-----

**On Wednesday, April 29, 2020, the following email was received from Troy to Megan (his wife) at 9:14am:**

"I am feeling better chest pain wise....but that chest pounding last night led to another seizure. Please update my records. Put in the date and time you received this email now. I sent one earlier too about how it hurt me. Sorry, typing hurts. Please add the details."

-----

**My Trip To Medical | 5/4/2020 | 10:58am**

I just returned from my trip to medical this morning.  Here is what I learned/saw/heard, etc.:

First, at 7:44am I asked CO Battles if Sampson Lee could come with me given the seizures that I've been having and he knows what to do in the case of an emergency.  He said with everything going on, he couldn't come, but he said, I will make sure someone watches out for you and I will walk with you all most of the way.  He did neither.

We get to Medical at 8:16am.

I was the first one called for MLP4 - That is the code I was on the callout for.  I learned that it stands for Mid-Level-Practitioner 4, which is C. IBE, as I saw on his nametag.  He is a PA.  Not a Doctor.

My entire meeting with him lasted approximately 10 minutes.

I told him that I had, now, a total of 15 seizures in 21 days.
He said "That is serious.  Seizures are warfare on the nervous system.  If you've seen a panic attack now multiply it by 1,000 and you have a seizure."
In the end, he decided to give me Lamictal 100MG, once per day.  Essentially, this is because I told him that I took Lamictal previously "on the street" (the term inside for being at home).  He said he was going to prescribe me Dilantin, which I also have taken before, but in the end, he went with the Lamictal.

When I asked about an MRI, I was told - Not now, let's see how the Lamictal works, it should become effective in 3 weeks, yet no follow-up was scheduled.
When I asked about blood work to check my Keppra levels - I was told the exact same thing.

Additionally, here were my vitals as of 8:34am:

- Blood Pressure: 127/85 (PA Ibe said that this was approaching the "danger zone" for hypertension and is elevated, which is odd because I am on medicine for it.  Especially my bottom number, as ideal blood pressure is 120/70.

- Oxygen: 100% (perfect)

- Pulse: 82 (normal range)

- Temperature: 99.1 (which he said was elevated but ok).

Now, let me describe the process:

- In my building 23 of us went over there.  It was only people from 5812, with the exception of inmate workers who were from other buildings.  We all sat in a waiting room area where the floors were still dirty with insulin orange needle tops and other refuse.

- Some inmates wore their masks barely at all, some did part-time, some (like myself) wore the mask full-time.  I would estimate from my mental counting that it was 33% in each of those three categories.

- We learned from an inmate that does facilities and plumbing that it is CAMP inmates in building 5851.  They brought the symptomatic to the WEST compound!  Additionally, he told me they are preparing building 5803 (previously condemned) to be used to house symptomatic inmates from the EAST and WEST side.  That means the West side, where I temporarily reside, will house ALL of the inmates who are sick from all areas of Fort Dix - East, West, and Camp.

Also, my weight [with clothes on] was 205.8, which at 5'8 [height] is overweight, as well as my BMI being considered Obese, which is a risk factor for COVID-19 listed by the CDC.

**It is now 11:14am on 5/4/2020.**

-----

**At 6:14am on 5/8/2020 I turned in a sick call slip (3rd one) for an emergency medicine reaction from my Lamictal.**

-----

**5/8/2020**

I was just called twice to the officers station and to the counselors office.

I am supposed to go to Health Services....the odd thing too is that they called Sam and Worm too.

I think we are being set up.

If you don't hear from me - you know why.

Worm, Sam, and I all put in our 3rd sick call slips this morning as well...it is incredibly odd we are being called over mid-day as this is unprecedented.

Please take note of all of this and add it to my Troy BOP Medical Doc file.

I am very worried that they are trying to quarantine us to keep us from speaking to attorneys and our families.

Please pray for me.  I am weak and scared for my life right now.

It is 1:33pm now on 5/8/2020 (Friday).

-----

**It is 3:48pm on 5/8/2020 (Friday).**

Hello all,

I am back from medical.  Other than keeping the three of us there for 2 hours everything is fine, except for my health.

We walked across the entire compound, just the 3 of us.  We feared being quarantined more than ever thought possible.  This was retaliation is all we could think.

The nurse was incredibly rude to me when I got to the door.  I politely asked - "What is callout to medical for?"
She replied - "You'll find out"
Later I asked her after she took my vitals - "Am I going to be seeing a doctor?"
She replied - "I don't know yet"

My vitals:
- Weight: 224.6 pounds.  Yes, I gained 19 pounds in 4 days.  I dont know how.  The doctor associated it to the Lamictal medication
- Blood pressure: 167/87
- Pulse rate: 110 to 136 at one point
- OX: 100%

I met with Dr. Chinwalla.  She is the doctor I was assigned to.  I've seen her once for my intake in September.  I was back with her for 40 minutes.

She told me - You need to report every seizure directly to the CO.  We have NO documentation of you having seizures. I said - "With all due respect, I put in 3 sick calls, a CO (Curko) called you about them, and a Counselor (Watson) called the Pharmacist about them."  She said - "Please report them directly to the CO so we can come over and see how you are doing immediately after the seizure.  If they are bad like you are saying then we will take you to the hospital."

I did not tell her this but I fear going to the hospital as it is automatic 14 days of quarantine upon coming back to the facility and getting put in 5851.  I confirmed all of this while over there. Essentially, when I have a seizure from now on I have to go to the CO, who will call medical,

they will determine if I need to go to the hospital, and if I do - I am quarantined for 14 days as I was "outside the institution" and "I am potentially exposed to it while in a hospital."

I truly am damned if I do, and damned if I don't.

She said that I need to taper off the Lamictal which I just started taking on Tuesday.
She said (from looking into my files) - Dr. Laughingwell at FDC Philadelphia took you off of Lamictal before but it didn't say why. PA Ibe should have never put me on it then, that is obvious. She said I will begin to taper off of it by cutting my pills into half and taking 50mg for a week, and then cut them into quarters and take 25mg for a week.
She also said she is not going to prescribe any higher of a dose than 3,000 as that is the highest she is comfortable giving me. She said - "I know your neurologists have prescribed this before as you said, but they are specialists. I am not a neurologist."
She also then prescribed me a new medication called Zalproic Acid to treat, specifically, the grand-mal seizures.

She also said, when I asked her about my extreme weakness, that it was normal and that I should try to walk around more to loosen up and not stay in my bed to rest, despite me being tired. Bed rest will make it worse, and she didn't offer me a sick pass, which many inmates get which allows them to stay in bed and generally ensures that Counselors and CO's dont bother them as much given they are documented as being weak and ill. Basically, I get nothing for my sore muscles and pain and weakness other than to walk around more.
I got nothing for my chest pain either, or than her listening to my heart and saying it sounded good. **No EKG.**

Overall, I got nowhere with my health. Except for medication - which I have to wait till Monday for, despite me telling her that I was completely out of Keppra. She ordered me a one-time additional prescription for the Keppra, but both the Keppra and Zalproic Acid won't be available until Monday. This means I have to pray I don't have another severe grand-mal seizure from now until then. She also said it was normal for me to feel weak and confused in my "post-lictal state."

That is all I have. I feel even worse now.

Megan - please add this to the Troy BOP Medical Doc.

Best regards to all,
Troy Wragg

**It is 3:48pm on 5/8/2020.**

-----

**On 5/11/2020 at 10:24am I was called to the officer's station for bloodwork.**

The nurse told me specifically that this bloodwork was for:
-Kidney levels
-Liver levels
-Sodium, Potassium levels
-AND...Medication Levels (Interesting as the Doctor never asked me about this and the only
time it has EVER been mentioned is VIA EMAIL to you and my attorneys)
That is all it was for.
-----

**5/11/2020 8:39pm**

I am going to go back to Pill Line in the morning and see if my Keppra is in.
I can't believe I got 5 bottles of Valproic Acid, **but I got NO Keppra, which has long been
prescribed as my main medication.**
I specifically asked about it too and she said she was going to put it in as a one-time emergency
and it would be ready Monday!

-----

**5/12/2020**

At 7:04am, during AM pill line, I was finally able to pick up my Keppra.  But, as I wrote to Megan
earlier this morning prior to going to pill line - It was unfortunately too little too late.  Sampson
Lee said he would write another affidavit about this incident if needed. My physical situation is
now at all-time low.  I struggled even walking over there and I constantly felt like I was going to
fall or fall out.  Perhaps, if I would've gotten this yesterday, as I was told by the doctor on Friday,
than I wouldn't have been in this situation.  I will never know though.  I've been out of this
medication since Wednesday evening.  So no matter what, my Keppra levels in my blood work
will show up low anyways, despite them being taken just yesterday.  I have immediately taken
my correct dosage this morning to ensure any further issues are mitigated; however, with as
inconsistent as it has been, and the fact I am not on a higher dose in the first place as I was on
the outside, I can only pray now that this will cease or slow down.

-----

**URGENT It is 9:35am on 5/12/2020.**

I was just called by the loudspeaker and told I am being PICKED UP to go to health services to
see a DOCTOR.

I did not put in any sick call slips.

I am incredibly worried that this in relation to what was sent this morning.

If I lose contact with you all, you know what has happened.

To Mr. Hughes and Ms. Tess Borden- If they try and take me to quarantine please call the facility ASAP and ask them what is going on?

I did not put in ANY sick calls.  I simply went to pick up my medicine.

The CO wouldn't tell me anything more than the first line above.

**It is 9:35am on 5/1/2020.**

-----

**It is now 10:20am on 5/12/2020 (Tuesday).**

Hello All,

Sorry for the second email, but I just wanted to let you know that I am back from Health Services.  In lasted about 25 minutes.

I met with Dr. Ragone, the prison psychiatrist, who I last saw in October 2019.  He walked me over to medical and walked me back.  Very nice and understanding doctor.  He told me that Dr. Chinwalla told him - **"That you are NOT taking your medicine."**  To which I replied, **"Sir, there must be a misunderstanding, as I just picked up medicine yesterday, and medicine today.  I've been taking more Keppra than usual, which is why Dr. Chinwalla ordered my emergency refill."**

He asked me if I was having any psychotic episodes such as hallucinations and hearing voices, like I previously had back in September 2019.  I let him know - "I am very weak physically because of the seizures, but I am very strong mentally, and I have been having no episodes related to mental health at all."  I am very strong mentally is what I repeated to him several times.  He asked me about anxiety and depression, and I let him know that I am very anxious.  In the end, he prescribed me Buspar 15mg as needed.  He told me I can pick it up first thing tomorrow.  Overall, it was a good talk.  We discussed my pushing for Compassionate Release, and he asked me about home life, and I told him how amazing and strong my wife (Megan) has been through all of this and that we are stable on the outside as she has a tenured job and a steady salary.  He told me that this was all good to hear and then we discussed living in Perryville Maryland and the area as a whole.  I let him know we have strong community and Church ties there and that my wife is attending mass regularly via the computer given COVID-19.  He was pleased to hear all of this.

Overall, that is it.  It is now 10:19am, and I am safely back in the unit.

After the surprise medical call on Monday, and the issues with meds, and my email to you all this morning, which I haven't gotten any confirmations back on so I was concerned if you all got them, I apologize for the urgent message; however, it is better safe than sorry with everything that is going on.

-----

**5-13-2020: 7:47am**

Got my pills from pill line at 7:20am. Buspar generic - take one tablet 4 times a day by mouth. Different from what he told me yesterday which would be as needed.

-----

**I am currently listed in the BOP system as a "Chronic Care" inmate three (3) times:**
**1). Mental Health (MDD, GAD, and Schizo-affective)**
**2). Heart Disease & Hypertension**
**3). Severe Epilepsy**

**My primary medications and diseases they help mitigate that I am on now are:**
**- Linsinopril for Hypertension**
**- Hydrochlorathiazide for Hypertension**
**- Astovastatin for Heart Disease**
**- Calcium Carbonate & 600MG Vit. D for MG**
**- Keppra - 3,000MG daily for Severe Epilepsy**
**- 15MG Buspar as needed for Mental Health/Anxiety/Depression**
**- 1500MG (6 250 MG tablets) a day of Valproic Acid**
**- 50MG of Lamictal a day for Epilepsy**

Exhibit "F"

May 3rd, 2020 [illegible]
FCI [illegible]
[illegible] Quame [illegible]
[illegible]

I, Quame [illegible], here by swear [illegible] [illegible] drills [illegible] [illegible] I have [illegible] with [illegible] own eyes.

I live in [illegible] [illegible] [illegible] Bed 50 Troy [illegible] [illegible] of Bed [illegible] which [illegible]. Troy is a [illegible] [illegible] I speak highly of his good character and [illegible] up to troy as a older brother.

Troy has had [illegible] cases of [illegible] [illegible] which make him very weak [illegible]. Troy also [illegible] [illegible] Middle [illegible] so me as being his [illegible] [illegible] up and drink a cup of water. I, Quame have witness troy [illegible] violent [illegible] seizures which he manage to pull threw. I am very [illegible] [illegible] friend well-being and his life that scare me.
Please if you can [illegible] my friend life.
I hope all is well with you and your love ones.

Sign: [signature] [illegible] 71477-050
Date: 5/3/20

Witness by: [signature]
[illegible] 65341-479
Date: 5-3-20



May 3rd, 2020
FCI Fort Dix West
Affidavit of Sampson Lee
for Troy Wragg

I, Sampson Lee, hereby Swear Under Penalty
Of Perjury That this affidavit is 100%
Truthful, based on What I have Witnessed
With My own eyes.

I live in Building 5812, Room 115, bed 6u.
Troy Wragg (67165-019) is in The lower bunk
To My Right. I also Share a quad space With only him.

Troy has a Severe Case of epilepsy. I have Witnessed
and helped him during 13 Seizures in the last 3 Weeks,
I Keep him on his Side, and Keep him From banging his head,
I've Seen blood Come out of his Mouth from him biting his
Tongue, and I've helped him into his bed, From off the floor
during his Seizures. Troy also has a Condition Called
Myostenias Gravis, Which Makes his Walking difficult. Troy
Rarely leaves The Room, and Often Stays in his bed, and
has a Constant Weak Cough. The BOP has to date,
Refused to See Troy or Provide him With any Medical Care,
Or adequate Medication. I am Very Concerned for his
Well-being and life, if he Contracts COVID-19. This disease
is Rapidly Spreading here. Please help Save My friends life.

Signed: ~~Sampson Lee~~  Sampson Lee 65391-479
Date: 5-3-20

Witnessed by: ~~Jovanne Herd~~  Jovanne Herd 71477-050
Date: 5/3/20

Exhibit "G"

### DECLARATION OF TROY WRAGG

I, Troy Wragg, am over the age of 18 and fully competent to make the following
declaration:

1.      I am currently incarcerated at the Federal Correctional Institution at Fort Dix. My
Federal Bureau of Prisons Register Number is 67165-019. I was convicted of conspiracy and
wire and securities fraud. I have served approximately 17.5 months of my 264-month sentence.
My current release date is August 7, 2037. I have no prior offenses of any kind.

2.      I am 38 years old. I am classified as a BOP "chronic care inmate" for several
serious medical conditions, which are documented in my BOP medical record. My health
conditions make me medically vulnerable to COVID-19, and I am terrified that I will not survive
if I contract the virus.

3.      I have severe epilepsy and suffer from grand-mal seizures that can be so violent
and debilitating that I have broken bones during seizures. While in BOP custody in January
2019, I broke my wrist during a seizure and was in a cast for seven weeks. As a result of these
seizures, my entire body is incredibly tight and extremely weak. I am prescribed Keppra to treat
my epilepsy and, before my incarceration in November 2018, had been on it consistently for four
years since my epilepsy diagnosis in November 2014.

4.      I need Keppra to survive, but over the past three months, the BOP has not
provided me with consistent medication. I have been forced to ration my supply to make it last
longer. As a result, my epilepsy has not been controlled and I have suffered frequent seizures.
When I have seizures at night, the sound of my bed shaking wakes one of my bunkmates. He
jumps down and holds my head to prevent a concussion, and monitors me throughout the episode
to make sure I don't die. Between April 8 and April 23, I suffered 12 seizures. I had another

seizure in the early morning hours of April 26, and I recovered to find my bunkmate holding my head again.

5.     Contracting COVID-19 would make my conditions worse. From research I did for my compassionate release requests, I learned that symptoms of the virus, especially fever, as well as the physical and emotional stress of being sick, can trigger more seizures. Given the inadequacy of the prison's response to my epilepsy, I am scared that if I do get sick, I won't receive proper care. Beginning April 14, I've made repeated requests (in writing and verbally) to be seen by the medical department. I have submitted two official sick call requests and two electronic cop-out requests, and a corrections officer and a counselor have each made calls on my behalf. As of today, I am still not scheduled to be seen by medical.

6.     I also have hypertension and heart disease. I was diagnosed with hypertension in 2011 and had a heart attack in 2012. I take three different medications daily for heart disease and hypertension. Due to my recent seizures and anxiety about COVID-19, my blood pressure has been highly elevated even with medication.

7.     Finally, I also have Myasthenia Gravis, a chronic autoimmune neuromuscular disease.

8.     I have been in BOP custody since November 2018 and have been at Fort Dix since September 2019. I have completed six programs and have taught four classes as an ACE instructor while at FDC Philadelphia and Fort Dix. Before the COVID-19 outbreak, I was teaching a Business Management and a Business Marketing class to fellow inmates. I am extremely passionate about teaching and helping other inmates further their education. I also completed the Non-Residential Drug Abuse Program ("NRDAP") with a 100%.

9.      I am currently housed on the west compound in Building 5812. There are a total of about 250 to 300 men across three floors. The vast majority of rooms at Fort Dix (in both west and east compounds) are 12-man rooms, with approximately 10 two-man rooms per building. We are currently confined to our buildings because of the lockdown, but we are allowed to mingle freely with the 250 to 300 men inside.

10.     I sleep on a bottom bunk in a 12-man room on the first floor. Nine of the twelve beds are filled right now. I believe our approximately 430-square-foot room is the smallest in the building. There are six double bunkbeds in that space, approximately five feet apart, as well as twelve lockers and a small table. It is physically impossible for nine of us to get six feet apart in this space, as I know we are supposed to be doing now. I frequently run into my bunkmates by accident because the space is so cramped.

11.     On the first floor, there is one bathroom shared by about 50 men (although there may be a handicap bathroom for inmates in wheelchairs which I have not seen). Our main bathroom has approximately five toilets, six urinals, twelve sinks, and four working showers. The bathroom is filthy, with urine all over the floor, and usually cleaned only once per week, twice at most. Because the pipes are leaking, water actively drips on our shoulders when we use the restroom and the floor is corroded. There are only four soap dispensers, which sometimes contain watered-down soap, but they run out daily and are often empty. We are given two four-ounce travel size bottles of all-in-one shampoo/conditioner/shave gel once a month, which is all we get by way of cleaning product. Otherwise, we have to buy soap off commissary. Some people buy bar soap, which costs between $1 and $2 each. I usually buy body wash, but it is currently out of stock. People told me there were signs posted in early April instructing us to give

any unused shampoo to an orderly to fill the bathroom soap dispensers. Instead, I give my all-in-ones to my bunkmate who uses it to mop the floor of our room each day.

12.     Men from the top two floors spend much of their time on our floor because we have four TV rooms, as well as all of the building's computers and telephones. The TV rooms on the first floor are the most active. The main TV room is closest to my room. It has a total of twelve computers, and the building's eight phones line the wall of a narrow adjoining room. At any given time now, there are usually about 30 to 40 people in a TV room, but I have seen a lot more, probably closer to 100 when we watch the news, especially during coverage of the COVID-19 pandemic. Men from other floors use our bathroom as well. I believe our bathroom is the most used bathroom in the building.

13.     When we walk to meals at the dining hall, it is impossible to stay six feet apart. The whole building is ushered together to the dining hall at the same time. Staff announce meal time on the loudspeaker, and all 250 to 300 of us are herded to the dining hall to pick up our food and bring it back to our building to eat in our rooms. We only have five minutes to get to the dining hall and five minutes to get back. It is impossible to social distance.

14.     I have been following the updates from the BOP about the COVID-19 outbreak at the camp. I have heard that Building 5851, which is the laundry facility, is also being used to house inmates who have tested positive. It is at the far end of the west compound.

15.     I believe prison staff move around the compound and go between the camp and main facility. I have also heard that corrections officers from the camp are now working in my building. Sometimes the corrections officers and other staff do not wear masks.

4

16.     We began receiving one mask per week in mid-April, but have not received any gloves. When the elastic band on my mask snapped last week, I was told I could not get a new one. Staff only recently began mandating that inmates wear masks for meal pick-up at the dining hall.

17.     We have virtually no cleaning supplies. We are provided no chemicals or cleaning agents, hand sanitizers, or spray bottles. We are not provided any towels to wipe surfaces down and have to use the four small rolls of toilet paper, which shred easily, given out once a month. Some people use toilet paper they buy off commissary, but many commissary items are often out of stock.

18.     Staff have started doing temperature checks, but they are inconsistent and occur only about every two or three days. During the check, staff come to our room, and we line up at the door.

19.     On April 17, I was using one of the computers in the main TV room on my floor. I heard another inmate, who was sitting right behind me, say that he was not feeling well. He complained that his chest hurt and he was short of breath. About four or five minutes later, a medical staff person and a corrections officer came in and asked him questions. The sick inmate left with them, and I have not seen him since. Many people in my building are worried about exposure to the virus. We have been talking about news of an inmate in Building 5811 who fainted during temperature checks and was dragged out of his room on April 23.

20.     On April 25, we all filed out to the dining hall as usual to pick up lunch. I saw medics going in and out of Building 5851 with at least 20 stretchers in a matter of 30 seconds. Although I was still far away, it was terrifying to see men who appeared extremely sick and

nonresponsive. A corrections officer yelled at my bunkmate and me: "Keep it moving, get to chow and get back, that's all you should be worried about."

21.     Since then, a lot of people have been talking about this incident. I experience the feeling here to be one of tension, helplessness, and hopelessness. People have opened up to me. They feel like the end is here, like we are going to die. We all laugh and joke about things from time to time, but it is simply to mask the sheer torture that we are feeling internally.

22.     This morning, at 8:30am, the first floor of our building was released for monthly commissary, supply pickup, and linen exchange. I walked up to the first floor of Building 5851. Staff opened the door and I dropped my dirty linens into a bin. An inmate worker handed me clean linens in return. When I looked up, I saw more than ten inmates at the second and third floor windows. Some were in a window together, some alone. Some but not all were wearing masks. Two were pounding at the windows trying to get our attention, yelling for us. I've been talking with my bunkmates and we are in shock. What I saw there has changed me.

23.     I have applied to Warden Ortiz three times requesting Compassionate Release and Home Confinement. I wrote the first letter on March 23. The warden denied my requests on April 24, saying he understood my fear about COVID-19 but they were taking precautions. I also wrote requests to the Attorney General and my case manager.

24.     If I were released, I would return to a safe and stable home environment with my wife in Perryville, Maryland. At home, I have a cardiologist, neurologists, and a psychiatrist who are very familiar with my chronic medical conditions and much better equipped to take care of me if I do contract COVID-19.

25.     Fort Dix's handling of the infection here, especially given my medical vulnerabilities, has left me panicked, afraid, and at times depressed. I have trouble sleeping and

often have nightmares when I do sleep. I believe that my chance of contracting COVID-19 is very high, especially now that there are people in the west compound who have it. I often cry when I call my wife now. We worry that contracting COVID-19 would be a death sentence for me.

*/s/ Troy Wragg (by consent)*

I, Tess Borden, certify that I reviewed the information contained in this declaration with Troy Wragg by telephone on April 28, 2020 and that, at that time, he certified that the information contained in this declaration was true and accurate to the best of his knowledge.

*/s/ Tess Borden*
Tess Borden (260892018)
American Civil Liberties Union of
New Jersey Foundation
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1733
tborden@aclu-nj.org

7

Exhibit "H"

Release Plan of Troy Benjamin Wragg (67165-019):

I, Troy Benjamin Wragg, upon being released via Compassionate Release, will return to society as follows:

I will first address all of my vast medical ailments with my primary care physician (Megan look up his name he is in Cecil), my neurologist (Dr.. Mahmood or his replacement as he was retiring), my cardiologist (Megan look up his name as he is in Cecil also), my psychiatrist (Dr. B. Jones) and my psychologist (Christina Taylor). All 5 of these health care professionals will be able to help get me physically and mentally stable via their consistent care. I have full plans of admitting myself to the hospital within 72 hours of my release. My health, and the health of my wife, are my primary objectives.

After I am deemed medically stable and I am consistently not having seizures and chest pains (as I am right now), I will be returning to teaching business classes, as I have 4 classes taught as credentials under my belt. All of my students/peers in these classes have gotten passing grades, with the majority receiving 90's and 100's. Given my wife is a teacher at Perryville High School in Perryville, Maryland; she will be able to get me a meeting with the Principal where I can gain part-time employment. I want to teach business classes to High-School Juniors and Seniors. Given the fact I am already very well known and liked by the faculty at Perryville High School and throughout Cecil County (as even the town police allowed us to block off our street briefly for our wedding given we are close friends of The Sickels Family) obtaining this job, part-time, will be easy to accomplish. Additionally, it will be very fulfilling to me as a person.

The other part of my time I will be obtaining disability as I will not be able to work standing up for long periods of time. While I am only 38 years old, I have been hospitalized over 40 times in my life, as my records will indicate. My health has been a tremendous long-standing problem (both physical and mental) and I need to focus on me. Disability will allow me the additional time to make more appointments and remain stabilized.

I will also be able to join my wife's (Megan Chelsey Hallett Wragg's) healthcare, which is excellent healthcare offered through her employer (Cecil County Public Schools), without any problem. HR has already given my wife the paperwork needed to add me on when I get home. This will allow me to not be a complete burden to the tax system as my expensive and expansive healthcare needs will be covered.

While on part-time work and disability, I plan on pursuing an online Doctorate in Business via one of the top online programs in the country. Given my very high GPA at Temple University, where I graduated Magna Cum Laude and top of my class (Beta Gamma Sigma; International Business Honors Society; only given to the top 10% of students in the country) in Business, Corporate Finance, and Risk Management; I am highly confident I get into well-recognized business school without any problem at all.. I have the grades and writing ability and I look forward to the challenge.

Additionally, I plan to continue to write books. I already have one book published (in May 2018) and for sale on Amazon, which has even been selling during my incarceration. These books are all about my experiences in life, and how my life lessons and mistakes can be avoided and help someone else achieve the best life possible by utilizing positivity to overcome adversity. I have already wrote 3 books while in the BOP and can provide proof as my wife has typed two of the three (I mail her written letters and she types them up) and she can email that to you for your review, to show how serious I am, and to prove my claims. This will provide my wife and I (my family) an additional income stream to help us live our middle-class life in rural Maryland.

I am dedicating the rest of my life to helping others. I will be advocating for both The Ronald McDonald House and The Reform Alliance as well, given the help they have given to me and my loved ones. I will also be volunteering time for local organizations, and attending church regularly as I am a devout Catholic and plan on being even more involved in the Church than I already was.

I know that my life, while as bottom of the barrel as it can possibly seem, can mean something to others. They can find inspiration in everything that I have been through and survived. I want people to live full and meaningful lives, and do better than I did. Because of my mistakes, I know how to help others best, as I know now what NOT to do. I know now HOW to help best.

My story is very unique in that throughout: The tragic loss of my Mother (sudden stroke and died in my arms) and Uncle (suicide); the murder of my Father (and a man given only 25 years for doing it); my abuse as a child; my being homeless several times; the companies I have built and watched some fall while others did well; the relationships I have flourished in and those that I have lost; and my arrest/incarceration --- I have learned that in all of my terrible losses, there is always a positive message from God. A message that can provide hope and new direction. I will share God's word and my stories to other people to help them mitigate the negatives and increase their positivity as it relates to life. My books and my teaching are life-centric, not business-centric. Money is secondary. PEOPLE come first.

My incarceration has changed me in a profound way. It is through my incarceration that I have learned how to write all of my thoughts down and focus on helping others. I have wrote Compassionate Release letters for illiterate and indigent inmates. I have tutored soon-to-be-released inmates on how to incorporate businesses to help them achieve a better life when they are home. At least 20 fellow inmates have already read my one book, which is about how to use mobile technology as a building block for your life, and the people in here are inspiring me to keep writing, and I am inspiring them to keep thriving. My incarceration has proved to me, beyond the shadow of a doubt, that I was put on earth to help other people do better than I ever could. It is in that which I find my salvation.

Thank you for listening to me and I appreciate your consideration of this matter.

Sincerely,

Troy Benjamin Wragg
67165-019

Exhibit "I"

```
- - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                       :
                                                       :
                                                       :
                                                       :
APPLICATION FOR RELEASE FROM                           :   AFFIDAVIT OF BRIE WILLIAMS,
CUSTODY                                                :   M.D.
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

I, Brie Williams, hereby affirm as follows:

1.      I am a doctor duly licensed to practice medicine in the State of California.

2.      I am currently a Professor of Medicine at the University of California, San Francisco ("UCSF") in the Geriatrics Division, Director of UCSF's Amend: Changing Correctional Culture Program, as well as Director of UCSF's Criminal Justice & Health Program. In that capacity, my clinical research has focused on improved responses to disability, cognitive impairment, and symptom distress in older or seriously ill prisoners; a more scientific development of compassionate release policies; and a broader inclusion of prisoners in national health datasets and in clinical research. I have developed new methods for responding to the unique health needs of criminal justice-involved older adults—including an evidence-based approach to reforming compassionate release policies and the design of a new tool to assess physical functioning in older prisoners. I was previously a consultant for the California Department of Corrections and Rehabilitation, as well as for other state prison systems.

3.      I have extensive experience working with vulnerable populations, in particular the incarcerated and the elderly.

4.     I submit this affidavit in support of any defendant seeking release from custody during the COVID-19 pandemic, so long as such release does not jeopardize public safety and the inmate can be released to a residence in which the inmate can comply with CDC social distancing guidelines.  The statements in this affidavit are based only on the current state of emergency and the circumstances described below.

**The Risk of Infection and Accelerated Transmission of COVID-19 within Jails and Prisons is Extraordinarily High.**

5.     Prisons and jails are not actually isolated from our communities: hundreds of thousands of correctional officers and correctional healthcare workers enter these facilities every day, returning to their families and to our communities at the end of their shifts, bringing back and forth to their families and neighbors and to incarcerated patients any exposures they have had during the day.  Access to testing for correctional staff has been "extremely limited," guards have reported a "short supply" of protective equipment, and prisons are not routinely or consistently screening correctional officers for symptoms.[1]

6.     The risk of exposure is particularly acute in pre-trial facilities where the inmate populations shift frequently.[2]  For example, despite the federal government's guidance to stay

---

[1] Keegan Hamilton, *Sick Staff, Inmate Transfers, and No Tests: How the U.S. Is Failing Federal Inmates as Coronavirus Hits*, Vice (Mar. 24, 2020), https://www.vice.com/en_ca/article/jge4vg/sick-staff-inmate-transfers-and-no-tests-how-the-us-is-failing-federal-inmates-as-coronavirus-hits.

*See also* Daniel A. Gross, *"It Spreads Like Wildfire": The Coronavirus Comes to New York's Prisons*, The New Yorker (Mar. 24, 2020), https://www.newyorker.com/news/news-desk/it-spreads-like-wildfire-covid-19-comes-to-new-yorks-prisons; Josiah Bates, *'We Feel Like All of Us Are Gonna Get Corona.' Anticipating COVID-19 Outbreaks, Rikers Island Offers Warning for U.S. Jails, Prisons*, Time (Mar. 24, 2020), https://time.com/5808020/rikers-island-coronavirus/; Sadie, Gurman, *Bureau of Prisons Imposes 14-Day Quarantine to Contain Coronavirus*, WSJ (Mar. 24, 2020), https://www.wsj.com/articles/bureau-of-prisons-imposes-14-day-quarantine-to-contain-coronavirus-11585093075; Cassidy McDonald, *Federal Prison Workers Say Conflictings Orders on Coronavirus Response Is Putting Lives at Risk*, CBS News (Mar. 19, 2020), https://www.cbsnews.com/news/coronavirus-prison-federal-employees-say-conflicting-orders-putting-lives-at-risk-2020-03-19/.

[2] Emma Grey Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*, Wired (Mar. 24, 2020), https://www.wired.com/story/coronavirus-covid-19-jails-prisons/.

inside and many states' stay-in-place orders, many prosecutors are still arresting individuals and seeking detention.[3]   Pre-trial detention facilities are still accepting new inmates who are coming from communities where COVID-19 infection is rampant.   As of today's date, the Bureau of Prisons is still moving inmates from facility to facility, including prisoners in New York.[4]

7.      Because inmates live in close quarters, there is an extraordinarily high risk of accelerated transmission of COVID-19 within jails and prisons.  Inmates share small cells, eat together and use the same bathrooms and sinks.  They eat together at small tables that are cleaned only irregularly.  Some are not given tissues or sufficient hygiene supplies.[5]   Effective social distancing in most facilities is virtually impossible, and crowding problems are often compounded by inadequate sanitation, such as a lack of hand sanitizer or sufficient opportunities to wash hands.[6]

**Inmate Populations Also Have the Highest Risk of Acute Illness and Poor Health Outcomes if Infected with COVID-19.**

8.      There are more than 2.3 million people incarcerated in the United States[7]

---

[3] Stephen Rex Brown, *'Business as Usual' For Federal Prosecutors Despite Coronavirus, Nadler Writes, Calling for Release of Inmates*, N.Y. Daily News (Mar. 20, 2020), https://www.nydailynews.com/new-york/ny-nadler-doj-inmates-20200320-d6hbdjcuj5aitppi3ui2xz7tjy-story.html.

[4] Courtney Bublé, *Lawmakers, Union Urge Halt to All Prison Inmate Transfers*, Government Executive (Mar. 25, 2020), https://www.govexec.com/management/2020/03/lawmakers-union-urge-halt-all-prison-inmate-transfers/164104/; Hamilton, *Sick Staff, Inmate Transfers*; Luke Barr, *Despite Coronavirus Warnings, Federal Bureau of Prisons Still Transporting Inmates*, ABC News (Mar. 23, 2020),https://abcnews.go.com/Health/warnings-bureau-prisons-transporting-inmates-sources/story?id=69747416.

[5] Justine van der Leun, *The Incarcerated Person Who Knows How Bad It Can Get*, Medium (Mar. 19, 2020), https://gen.medium.com/what-its-like-to-be-in-prison-during-the-coronavirus-pandemic-1e770d0ca3c5 ("If you don't have money, you don't have soap or tissues."); Keri Blakinger and Beth Schwartzapfel, *How Can Prisons Contain Coronavirus When Purrell Is a Contraband?*, ABA Journal (Mar. 13, 2020), https://www.abajournal.com/news/article/when-purell-is-contraband-how-can-prisons-contain-coronavirus.

[6] Rosa Schwartzburg, *'The Only Plan the Prison Has Is to Leave Us To Die in Our Beds'*, The Nation (Mar. 25, 2020), https://www.thenation.com/article/society/coronavirus-jails-mdc/.

[7] Kimberly Kindy *et al.*, *'Disaster Waiting to Happen': Thousands of Inmates Released as Jails and Prisons Face Coronavirus Threat*, Washington Post (Mar. 25, 2020), https://www.washingtonpost.com/national/disaster-waiting-to-happen-thousands-of-inmates-released-as-jails-face-coronavirus-threat/2020/03/24/761c2d84-6b8c-11ea-b313-df458622c2cc_story.html.

approximately 16% of whom are age 50 or older.[8]  The risk of coronavirus to incarcerated seniors is high. "Their advanced age, coupled with the challenges of practicing even the most basic disease prevention measures in prison, is a potentially lethal combination."[9]  To make matters worse, correctional facilities are often ill-equipped to care for aging prisoners, who are more likely to suffer from chronic health conditions than the general public.

9.      An estimated 39-43% of all prisoners, and over 70% of older prisoners, have at least one chronic condition, some of the most common of which are diabetes, hypertension, and heart problems.[10] According to the CDC, each of these conditions—as well as chronic bronchitis, emphysema, heart failure, blood disorders, chronic kidney disease, chronic liver disease, any condition or treatment that weakens the immune response, current or recent pregnancy in the last two weeks, inherited metabolic disorders and mitochondrial disorders, heart disease, lung disease, and certain neurological and neurologic and neurodevelopment conditions[11]—puts them at a "high-risk for severe illness from COVID-19."[12]

---

[8] Brie Williams *et al.*, *Strategies to Optimize the Use of Compassionate Release from US Prisons*, 110 AJPH S1, S28 (2020), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305434; Kimberly A. Skarupski, *The Health of America's Aging Prison Population*, 40 Epidemiologic Rev. 157, 157 (2018), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5982810/.

[9] Weihua Li and Nicole Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*, The Marshall Project (Mar. 19, 2020), https://www.themarshallproject.org/2020/03/19/this-chart-shows-why-the-prison-population-is-so-vulnerable-to-covid-19.

[10] Brie A. Williams *et al.*, *How Health Care Reform Can Transform the Health of Criminal Justice-Involved Individuals*, 33 Health Affairs 462-67 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4034754/; Brie A. Williams *et al.*, *Coming Home: Health Status and Homelessness Risk of Older Pre-release Prisoners*, 25 J. Gen. Internal Med. 1038-44 (2010), *available at* https://link.springer.com/content/pdf/10.1007/s11606-010-1416-8.pdf; Laura M. Maruschak *et al.*, *Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12*, U.S. Dept of Justice (Oct. 4, 2016), at 5, *available at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

[11] Harvard Health Publishing, *Coronavirus Research Center*, Harvard Medical School (Mar. 25, 2020), https://www.health.harvard.edu/diseases-and-conditions/coronavirus-resource-center.

[12] Centers for Disease Control and Prevention, *Coronavirus Disease 2019: People Who Are at Higher Risk*, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html (last updated Mar. 22, 2020).

10.     However, even many young federal prisoners suffer from asthma, rendering them also very vulnerable to coronavirus.[13]

11.     But it is not only the elderly, or those with preexisting medical conditions that are at risk of coronavirus in a correctional setting.  As of March 23, 2020, New York City reported that "[p]eople ranging in ages from 18 to 44 have accounted for 46 percent of positive tests."[14] Across the United States, 38% of those hospitalized are between the ages of 20 and 54 and 12% of the intensive care patients are between 20 and 44.[15]

12.     This data is of particular concern for inmate populations, since prisoners' physiological age *averages 10 to 15 years older* than their chronological age.[16]  Therefore, the consensus of those who study correctional health is that inmates are considered "geriatric, by the age of 50 or 55 years."[17]  It is not clear that prison health care administrations are taking accelerated ageing into account when determining the eligibility criteria for age-related screening tools and medical care protocols for coronavirus, potentially leaving large swathes of the prison population at risk.[18]

---

[13] Laura Maruschak, *Medical Problems of Jail Inmates*, Dep't of Justice (Nov. 2006), at p. 2, *available at* https://www.bjs.gov/content/pub/pdf/mpji.pdf.

[14] Kimiko de Freytas-Tamura, *20-Somethings Now Realizing That They Can Get Coronavirus, Too*, N.Y. Times (Mar. 23, 2020), https://www.nytimes.com/2020/03/23/nyregion/nyc-coronavirus-young.html.

[15] *Id.*

[16] Brie A. Williams *et al.*, *Aging in Correctional Custody: Setting a Policy Agenda for Older Prisoner Health Care*, 102 Am. J. Public Health 1475-81 (2012), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3464842/; *see also* Brie Williams *et al.*, *Detained and Distressed: Persistent Distressing Symptoms in a Population of Older Jail Inmates*, 64 J. Am. Geriatrics Soc. 2349-55 (2016), https://onlinelibrary.wiley.com/doi/pdf/10.1111/jgs.14310 ("For example, older jail inmates with an average age of 60 in this study reported poor or fair health [and] chronic lung disease . . . at rates similar to those reported by community-based lower income older adults with an average age of 72.").

[17] Brie A. Williams *et al.*, *The Older Prisoner and Complex Chronic Medical Care* 165-70 in World Health Organization, *Prisons and Health* (2014), https://pdfs.semanticscholar.org/64aa/10d3cff6800ed42dd152fcf4e13440b6f139.pdf.

13.    In one study, we found that inmates who died in hospitals were, on average, nearly two decades younger than non-incarcerated decedents, had significantly shorter hospitalizations, and had higher rates of several chronic conditions including cancer, liver disease and/or hepatitis, mental health conditions, and HIV/AIDS."[19]

**The Entire Community is at Risk If Prison Populations Are Not Reduced**

14.    As the World Health Organization has warned, prisons around the world can expect "huge mortality rates" from Covid-19 unless they take immediate action including screening for the disease.[20]

15.    As of March 24, 2020, at least 38 people involved in the New York City correctional system have tested positive for Covid-19.[21] Already, three inmates and three staff at federal correctional facilities across the United States have tested positive for the coronavirus, according to the Federal Bureau of Prisons.[22]

16.    Jails and prisons are fundamentally ill-equipped to handle a pandemic.

17.    Medical treatment capacity is not at the same level in a correctional setting as it is in a hospital. Some correctional facilities have no formal medical ward and no place to quarantine

---

[18] Brie A. Williams *et al.*, *Differences Between Incarcerated and Non-Incarcerated Patients Who Die in Community Hospitals Highlight the Need For Palliative Care Services For Seriously Ill Prisoners in Correctional Facilities and in Community Hospitals: a Cross-Sectional Study*, 32 J. Pallitive Med. 17-22 (2018), *available at* https://journals.sagepub.com/doi/pdf/10.1177/0269216317731547.

[19] *Id.* at 20.

[20] Hannah Summers, *'Everyone Will Be Contaminated'*: *Prisons Face Strict Coronavirus Controls*, The Guardian (Mar. 23, 2020), https://www.theguardian.com/global-development/2020/mar/23/everyone-will-be-contaminated-prisons-face-strict-coronavirus-controls.

[21] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons.*

[22] Ryan Lucas, *As COVID-19 Spreads, Calls Grow to Protect Inmates in Federal Prisons*, NPR (Mar. 24, 2020), https://www.npr.org/sections/coronavirus-live-updates/2020/03/24/820618140/as-covid-19-spreads-calls-grow-to-protect-inmates-in-federal-prisons.

6

sick inmates, other than the facilities' Special Housing Unit (SHU).[23]  While the cells in the SHU have solid doors to minimize the threat of viral spread in otherwise overcrowded facilities, they rarely have intercoms or other ways for sick inmates to contact officers in an emergency.[24]  This is particularly dangerous for those with COVID-19 infection since many patients with COVID-19 descend suddenly and rapidly into respiratory distress.[25]

18.    Even those facilities that do have healthcare centers can only treat relatively mild types of respiratory problems for a very limited number of people.[26]  This means that people who become seriously ill while in prisons and jails will be transferred to community hospitals for care. At present, access to palliative care in prison is also limited.

19.    Corrections officers may also be particularly vulnerable to coronavirus due to documented high rates of diabetes and heart disease.[27]  Prison staff in Pennsylvania, Michigan, New York and Washington state have tested positive for the virus, resulting in inmate quarantines. In Washington, D.C., a U.S. marshal who works in proximity to new arrestees tested positive for the virus, meaning dozens of defendants headed for jail could have been exposed.[28]  In New York,

---

[23] MCC New York COVID 19 Policy Memo, Mar. 19, 2020, https://www.documentcloud.org/documents/6818073-MCC-New-York-COVID-19-Policy-Memo.html; Danielle Ivory, *'We Are Not a Hospital': A Prison Braces for the Coronavirus*, N.Y. Times (Mar. 17, 2020), https://www.nytimes.com/2020/03/17/us/coronavirus-prisons-jails.html.

[24] Brie Williams *et al.*, *Correctional Facilities in the Shadow of COVID-19: Unique Challenges and Proposed Solutions*, Health Affairs (Mar. 26, 2020), https://www.healthaffairs.org/do/10.1377/hblog20200324.784502/full/.

[25] Lizzie Presser, *A Medical Worker Describes Terrifying Lung Failure From COVID-19–Even in His Young Patients*, ProPublica (Mar. 21, 2020), https://www.propublica.org/article/a-medical-worker-describes--terrifying-lung-failure-from-covid19-even-in-his-young-patients.

[26] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*; Li and Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*.

[27] Brie Williams, *Role of US-Norway Exchange in Placing Health and Well-Being at the Center of US Prison Reform*, https://ajph.aphapublications.org/doi/10.2105/AJPH.2019.305444 (published Jan. 22, 2020).

[28] Zusha Elinson and Deanna Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*, WSJ (Mar. 22, 2020), https://www.wsj.com/articles/jails-release-prisoners-fearing-coronavirus-outbreak-11584885600 ("We're all headed for some dire consequences," said Daniel Vasquez, a former warden of San Quentin and Soledad state prisons in

236 members of the New York Police Department have tested positive for coronavirus and 3,200 employees are sick, triple the normal sick rate.[29]  Two federal prison staffers have also tested positive.[30]

20.      For this reason, correctional health is public health. Decreasing risk in prisons and jails decreases risk to our communities.

21.      Reducing the overall population within correctional facilities will also help medical professionals spread their clinical care services throughout the remaining population more efficiently.  With a smaller population to manage and care for, healthcare and correctional leadership will be better able to institute shelter in place and quarantine protocols for those who remain. This will serve to protect the health of both inmates as well as correctional and healthcare staff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, California
        March 27, 2020

_____

Dr. Brie Williams

---

California. "They're in such close quarters—some double- and triple-celled—I think it's going to be impossible to stop it from spreading.").

[29] Erin Durkin, *Thousands of NYPD Officers Out Sick Amid Coronavirus Crisis*, Politico (Mar. 25, 2020), https://www.politico.com/states/new-york/albany/story/2020/03/25/thousands-of-nypd-officers-out-sick-amid-coronavirus-crisis-1268960.

[30] Elinson and Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*.