IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>TROY WRAGG,<br><br>            Defendant. | CRIMINAL ACTION<br>NO. 18-465 |

**ORDER**

**AND NOW**, this 4th day of September 2024, in accordance with the Opinion and Order issued on this day in Defendant Troy Wragg's related case, E.D.P.A. Crim. No. 15-298, denying his pro se Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Crim. No. 15-398, Doc. Nos. 366, 384, 404), it is **ORDERED** that the Opinion issued on this day in E.D.P.A. Crim. No. 15-298 is incorporated into this case and that Defendant's pro se Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. Nos. 57, 62) are **DENIED**.[1]  No certificate of appealability will be issued because Defendant has made no substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.

---

[1] Defendant's Motions in this case (Doc. Nos. 57, 62) are identical to those filed in E.D.P.A. Crim. No. 15-398 (see Crim. No. 15-398, Doc. Nos. 366, 384).  The Opinion issued on this day in E.D.P.A. Crim. No. 15-398 addresses Defendant's Motions in this case.